UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA

BRUCE R. THOMPSON U.S. COURTHOUSE
AND FEDERAL BUILDING
400 SOUTH VIRGINIA STREET #301
RENO, NV
89501
(775) 686–5800

CYNTHIA JENSEN
CHIEF DEPUTY, LAS VEGAS

LANCE S. WILSON
DISTRICT COURT EXECUTIVE/CLERK

JAKE HERB
CHIEF DEPUTY, RENO

DATE:  February 2, 2011

TO:     Ralph Stephen Coppola

        4785 Rio Pinar Drive
        Reno, NV
        89509

Dear Ralph Stephen Coppola:

Please be advised that the papers you recently sent the court have been received. Your case against defendant DARREN K. PROULX, et al. has been assigned case number **3:11–cv–00074** . It is necessary for you to include this case number on all future papers sent to the court for this case. Any correspondence with the court regarding this case should be mailed to the Clerk's Office and not directly to the assigned judges. You will receive a copy of all orders filed in this case.

Sincerely,

LANCE S. WILSON,
CLERK OF COURT