Robert A. Koenig (NV SBN 3203)
Ryan Kerbow (NV SBN 11403)
ALESSI & KOENIG, LLC
9500 W. Flamingo, Suite 205
Las Vegas, Nevada 89147
Phone: (702) 222-4033
Fax:     (702) 254-9044
Attorney for Defendants

# UNITED STATES FEDERAL DISTRICT COURT

## FOR THE DISTRICT OF NEVADA - NORTHERN DIVISION

| | |
|---|---|
| RALPH STEPHEN COPPOLA; DOES I to XX,<br><br>              Plaintiffs,<br><br>              vs.<br><br>DARREN K. PROULX; LAND RESOURCE INVESTMENTS, INC., LAND RESOURCE MANAGEMENT, INC.; MARINA COMMERCIAL OFFICES, LLC; and DOES I to XX,<br><br>              Defendants. | Case No. 3:2011-CV-00074<br><br>ANSWER OF DEFENDANTS DARREN K. PROULX, LAND RESOURCE INVESTMENTS, INC., LAND RESOURCE MANAGEMENT, INC. and MARINA COMMERCIAL OFFICES, LLC |

COME NOW, Defendants DARREN K. PROULX, LAND RESOURCE INVESTMENTS, INC., LAND RESOURCE MANAGEMENT, INC., MARINA COMMERCIAL OFFICES, LLC, by and through their counsel of record, Alessi & Koenig, LLC, and hereby answer Plaintiff's First Amended Complaint as follows:

- Answering Paragraphs 1, 2, 5, 6, 7, 8, 16, 17, 18, 30, 35, 36, 39, 41, 46, 47, 48, 59, 60, 61, 62, 63, and 97 of the Complaint, Defendants admit the allegations contained therein.

- Answering Paragraphs 3, 4, 9, 10, 11, 12, 13, 15, 21, 22, 24, 25, 26, 27, 28, 29, 32, 33, 34, 37, 38, 40, 42, 49, 52, 53, 54, 56, 58, 64, 65, 66, 67, 69, 72, 75, 79, 82, 88, 161, and

162 of the Complaint, Defendants lack sufficient information or belief to admit or deny the allegations contained therein and, on that basis, specifically and generally deny said allegations.

- Answering Paragraphs 14, 19, 20, 23, 31, 43, 44, 45, 50, 51, 55, 57, 68, 70, 71, 73, 74, 76, 77, 78, 80, 81, 83, 84, 85, 86, 87, 89, 90, 91, 92, 93, 94, 95, 96, 98, 99, 101, 102, 104, 105, 107, 108, 110, 111, 113, 114, 116, 117, 119, 120, 122, 123, 124, 125, 126, 127, 128, 130, 131, 132, 133, 135, 136, 137, 138, 139, 140, 141, 143, 144, 145, 146, 148, 149, 150, 152, 153, 155, 156, 158, 159, 163, 164, 166, 167, 168, 169, 171, 172, 174, 175, 177, 178, 179, 180, 182, 183, 185, 186, 188, 189, 190, 192, 193, 194, 195, 197, 198, 199, 200, 202, 203, 204, 205, 207, 208, 210, 211, 213, 214, 216, 217, 219, 220, 221, 222, 224, 225, 226, 227, 229, 230, 231, 233, 234, 235, 237, 238, 240, 241, 243, 244, 246, 247, 249, 250, 252, 253, 255, 256, 258, 259, 261, 262, 264, 265, 267, 268, 270, and 271 of the Complaint, Defendants deny the allegations contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

- Plaintiff's Complaint fails to state claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

- Plaintiff's claims are brought in violation of the Rules of Professional Conduct.

### THIRD AFFIRMATIVE DEFENSE

- This Court lacks subject matter jurisdiction to adjudicate Plaintiff's claims.

## FOURTH AFFIRMATIVE DEFENSE

• Subject to discovery, Plaintiff's claims are barred by doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

• Plaintiff's claims are barred by laches and/or statutes of limitations.

## SIXTH AFFIRMATIVE DEFENSE

• Plaintiff's claims are barred because Plaintiff has incurred no damages.

## SEVENTH AFFIRMATIVE DEFENSE

• Plaintiff's claims are barred because of waiver, acquiescence and/or estoppel.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray Plaintiff take nothing by way of his complaint and for an award of fees and costs and any other relief this Court finds just and proper.


DATED:   June 6, 2011                                    Respectfully submitted,


                                                         Ryan Kerbow
                                                         Attorney for Defendants

## CERTIFICATE OF MAILING

I hereby certify that on this 6th day of June, 2011, I deposited the foregoing ANSWER into the US Mail, postage prepaid, addressed to:

Ralph Stephen Coppola

4785 Rio Pinar Drive

Reno, NV 89509

An employee of Alessi & Koenig