```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         AUG - 5 2011

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY_____ DEPUTY
```

Ramses Agustin
12374 Carmel Country Road, Unit 308
San Diego, CA 92130
Pro Se
858-349-8976

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA ~~RENO~~

| | |
|---|---|
| RALPH STEPHEN COPPOLA, and DOES I to XX, Plaintiffs | CASE NO.: 3:2011cv00074 |
| vs. | MOTION FOR JOINDER AND NOTICE TO COURT OF RELATED CASE |
| DARREN K. PROULX, LAND RESOURCE INVESTMENTS, INC., LAND RESOURCE MANAGEMENT, INC., and MARINA COMMERCIAL OFFICES, LLC and DOES I to XX, Defendants | |

## MOTION FOR JOINDER

Comes now, Plaintiff, **Ramses Agustin**, who, pursuant to Federal Rule of Civil Procedure 19(a)(1)(B)(i) requests her joinder in the above-cited case as a plaintiff in causes of action 1 through 17, and 20 through 25, therein.

## NOTICE TO COURT OF RELATED CASE

Comes now, Ramses Agustin, who, pursuant to Local Rule 7-2.1(b)-(c) respectfully provides notice to this Court of a possible related case, that being a case which will be filed in this Court by the below named plaintiffs should their upcoming Motions for Joinder be denied. The plaintiffs who will be named in the possible related case include, but are not limited to:

1. FE P. ASTRERO
2. MENCHIE D. EUGENIO
3. BELEN LUMAS
4. FLORA LUMAS FEQUERRAS
5. JOSEPH IBANEZ

-1-

6. IMELDA IBANEZ LB
7. KATRINA LUMAS LB
8. EDITH AGUSTIN
9. JOEMARIE JOPANDA
10. WILMA JOPANDA
11. GERARDO P. ASTRERO

Their causes of action will be causes of action 1 through 17, and 20 through 25, therein.

Dated:                                                        Monday, August 1, 2011


_Ramses M. Agustin_ (signature)

**Ramses Agustin**
Plaintiff

## CERTIFICATE OF MAILING

I hereby certify that on this 1st day of August, 2011, I deposited the foregoing **MOTION FOR JOINDER AND NOTICE TO COURT OF RELATED CASE** into the US Mail, Postage prepaid, addressed to:

Robert A. Koenig
Ryan Kerbow
Alessi & Koenig, LLC
9500 W. Flamigo, Suite 205
Las Vegas, NV 89147

*/s/ Ramses M. Agustin*
**Ramses Agustin**