## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RALPH STEPHEN COPPOLA, | ) | 3:11-CV-0074-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 30, 2011 |
| | ) | |
| DARREN K. PROULX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff's motion for one-day extension of time to file case management report (#39) is **GRANTED**. Plaintiff sought an extension of time to August 26, 2011 to file the case management report; however, the court notes that the report has not yet been filed. Therefore, the parties shall file a case management report which comports with order #32 no later than **Wednesday, September 1, 2011.**

     **IT IS SO ORDERED.**

                                                  LANCE S. WILSON, CLERK

                              By:         /s/
                                          Deputy Clerk