Robert A. Koenig (NV SBN 3203)
Ryan Kerbow (NV SBN 11403)
ALESSI & KOENIG, LLC
9500 W. Flamingo, Suite 205
Las Vegas, Nevada 89147
Phone: (702) 222-4033
Fax:     (702) 222-4043
Attorney for Defendants DARREN K. PROULX;
LAND RESOURCE INVESTMENTS, INC;
LAND RESOURCE MANAGEMENT, INC; and
MARINA COMMERCIAL OFFICES, LLC

## UNITED STATES FEDERAL DISTRICT COURT

## FOR THE DISTRICT OF NEVADA - NORTHERN DIVISION

| | |
|---|---|
| RALPH STEPHEN COPPOLA; DOES I to XX,<br><br>Plaintiffs,<br><br>vs.<br><br>DARREN K. PROULX; LAND RESOURCE INVESTMENTS, INC., LAND RESOURCE MANAGEMENT, INC.; MARINA COMMERCIAL OFFICES, LLC; and DOES I to XX,<br><br>Defendants. | Case No. 3:2011-CV-00074<br><br>MOTION FOR ORAL ARGUMENT |

Defendants, by and through counsel Alessi & Koenig, LLC, hereby request oral argument in connection to Defendant's Counter Motion for Summary Judgment/Motion for Judgment on the Pleadings/Opposition to Motion for Partial Summary Judgment, Doc [24], and the Motions to Intervene, Docs [28], [29], [30], [33], and [34].

DATED this 30th day of August 2011.

ALESSI & KOENIG, LLC

_____
Ryan Kerbow
Attorney for Defendants

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2011, I electronically filed the foregoing MOTION FOR ORAL ARGUMENT with the Clerk of the Court by using the CM/ECF system, and that service will be accomplished on all counsel and persons requesting notice by the court CM/ECF system.

I also sent a copy of said document via US Mail, postage prepaid, to the following:

| | |
|---|---|
| Ralph Stephen Coppola, Esq. | Edith Agustin |
| 4785 Rio Pinar Drive | 402 Devonshire Street |
| Reno, NV 89509 | Vallejo, CA 94591 |
| | |
| Ramses Agustin | Menchie Eugenio |
| 12374 Carmel Country Rd #308 | 429 Bettona Way |
| San Diego, CA 92130 | American Canyon, CA 94503 |
| | |
| Imelda & Joseph Ibanez | Fe & Gerard Astrero |
| 318 Clydesdale Drive | P.O. Box 25354 |
| Vallejo, CA 94951 | San Mateo, CA 94402-5354 |

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
An employee of Alessi & Koenig, LLC