Belen Lumas
318 Clydesdale Drive
Vallejo, CA 94591
Pro Se
(707) 552-6639

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD
SEP 14 2011
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA - RENO

| | |
|---|---|
| RALPH STEPHEN COPPOLA, and DOES I to XX, Plaintiffs<br><br>vs.<br><br>DARREN K. PROULX, LAND RESOURCE INVESTMENTS, INC., LAND RESOURCE MANAGEMENT, INC., and MARINA COMMERCIAL OFFICES, LLC and DOES I to XX, Defendants | CASE NO.:   3:2011cv00074<br><br>BELEN LUMAS'S AFFIDAVIT SUPPORTING REPLY TO TO DEFENDANTS' OPPOSITION TO MOTIONS TO INTERVENE/FOR JOINDER |

1. COMES NOW, **BELEN LUMAS**, (hereinafter "Lumas") who being duly sworn, depose and say;

2. **BELEN LUMAS**, does make the following affirmation under penalty of perjury;

3. Sometime in the later part of the 1999 or early part of the year 2000, a lady named Connie enticed my siblings (Flora, Imelda and Katrina) and me to invest with Cal Land Resource.

4. We were to learn later on that Connie left the project because she realized that it would not come up to what was promised the investors.

5. She must have been disillusioned or perhaps felt that something is not right. She could have given us some kind of warning, but she didn't.

6. And now we are stuck in this unfortunate situation where we are to shell out month after month a fee for something that make us feel that we are just hapless victim of some kind of scam.

-1-

7. Sometime on May 15, 2006 I wrote Mr. Darren Proulx where I reminded him of the lunch sales campaign where he gave us his glowing account of what we could expect from getting into the Cal Land Resource Investments, Inc. III.

8. He was so convincing that my siblings and I got a parcel each.

9. Eventually, Mr. Proulx said that in order for the land to be on the market, it needed engineering work.

10. These we paid in full.

11. However, after we have paid for this engineering work, still he did not put it in the market.

12. When we felt that he has no intention of selling, we stopped paying the monthly dues.

13. Whereupon he threatened us with foreclosure.

14. Is it really possible for a fully paid for parcel of land be foreclosed?

15. Mr. Proulx is not selling because he wanted us to be his inexhaustible source of fund for himself.

16. I, BELEN LUMAS, declare under penalty of perjury of law that the foregoing is true and correct, to the best of my knowledge, information and belief, and that if called to testify I would testify to the same.

Dated:                                              Tuesday, August 30, 2011


                                                    _____
                                                    **BELEN LUMAS**

## CERTIFICATE OF MAILING

I hereby certify that on this __th day of _____, 2011, I deposited the foregoing **BELEN LUMAS'S** AFFIDAVIT SUPPORTING REPLY TO DEFENDANTS' OPPOSITION TO MOTIONS FOR INTERVENTION/JOINDER into the US Mail, Postage prepaid, addressed to:

| | | |
|---|---|---|
| Robert A. Koenig<br>Ryan Kerbow<br>Alessi & Koenig, LLC<br>9500 W. Flamigo, Suite 205<br>Las Vegas, NV 89147 | Edith Agustin<br>402 Devonshire St.<br>Vallejo, CA 94591 | Ramses Agustin<br>12374 Carmel Country Rd#308<br>San Diego, CA 92130 |
| Menchie Eugenio<br>429 Bettona Way<br>American Canyon, CA 94503 | Imelda & Joseph Ibanez<br>318 Clydesdale Dr.<br>Vallejo, CA 94951 | Fe & Gerard Astrero<br>PO Box 25354<br>San Mateo, CA 94402-5354 |
| Flora Figueras<br>318 Clydesdale Drive<br>Vallejo, CA 94591 | Katrina Lumas<br>318 Clydesdale Drive<br>Vallejo, CA 94591 | Ralph Stephen Coppola<br>4785 Rio Pinar Drive<br>Reno, NV 895029 |

_____
**BELEN LUMAS**