Belen Lumas
Katrina Lumas
Flora Figueras
Imelda Ibanez
Joseph Ibanez
318 Clydesdale Drive
Vallejo, CA 94591
Pro Se
(707) 552-6639

____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

SEP 14 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA - RENO

| | |
|---|---|
| RALPH STEPHEN COPPOLA, and DOES I to XX, Plaintiffs | CASE NO.: 3:2011cv00074 |
| vs. | MOTION FOR JOINDER AND NOTICE TO COURT OF RELATED CASE |
| DARREN K. PROULX, LAND RESOURCE INVESTMENTS, INC., LAND RESOURCE MANAGEMENT, INC., and MARINA COMMERCIAL OFFICES, LLC and DOES I to XX, Defendants | |

## MOTION FOR JOINDER

Comes now, **Belen Lumas, Flora Figueras, Katrina Lumas, Imelda Ibanez**, and **Joseph Ibanez**, who, pursuant to Federal Rule of Civil Procedure 19(a)(1)(B)(i) requests their joinder in the above-cited case as a plaintiffs in causes of action 1 through 17, and 20 through 25, therein.

## NOTICE TO COURT OF RELATED CASE

Comes now, **Belen Lumas, Flora Figueras, Katrina Lumas, Imelda Ibanez**, and **Joseph Ibanez**, who, pursuant to Local Rule 7-2.1(b)-(c) respectfully provide notice to this Court of a possible related case, that being a case which will be filed in this Court by the below named plaintiffs should their upcoming Motions for Joinder be denied. The plaintiffs who will be named in the possible related case include, but are not limited to:

1.    FE P. ASTRERO
2.    EDITH AGUSTIN
3    MENCHIE EUGENIO
4.    RAMSES M. AGUSTIN
5.    JOEMARIE JOPANDA
6.    WILMA JOPANDA
7.    GERARDO P. ASTRERO

Their causes of action will be causes of action 1 through 17, and 20 through 25, therein.

Dated:                                                          Monday, August 1, 2011

_____                _____
**Belen Lumas,**                                                       **Joseph Ibanez,**
Plaintiff                                                                 Plaintiff

_____
**Flora Figueras**
Plaintiff

_____                _____
**Katrina Lumas,**                                              **Imelda Ibanez,**
Plaintiff                                                                Plaintiff

**CERTIFICATE OF MAILING**

I hereby certify that on this 2nd day of August, 2011, I deposited the foregoing **MOTION FOR JOINDER AND NOTICE TO COURT OF RELATED CASE** into the US Mail, Postage prepaid, addressed to:

Robert A. Koenig
Ryan Kerbow
Alessi & Koenig, LLC
9500 W. Flamigo, Suite 205
Las Vegas, NV 89147

Ralph Stephen Coppola
4785 Rio Pinar Drive
Reno, NV

*Belen Lumas*
Belen Lumas