UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| RALPH STEPHEN COPPOLA, | ) | 3:11-CV-0074-LRH-VPC |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | |
| | ) | DATED:  September 19, 2011 |
| DARREN K. PROULX, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE
Deputy Clerk:         Lisa Mann          Court Reporter:        FTR
Counsel for Plaintiff(s):          John White, Jr. and Ralph Stephen Coppola
Counsel for Defendant(s):        Ryan Kerbow and Darren Proulx (Both by telephone)
Appearing on behalf of proposed intervenor(s):   Edith Agustin, Menchio Eugenio, Fe Astrero, and
                                                                                    Belen Lumas (All by telephone)

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

2:05 p.m.  Court convenes.

The Court addresses the parties regarding the purpose of this hearing and recites the chronology of events in this action.

The Court advises the parties the District Court is aware of this case and will be ruling on the pending dispositive motions and motions for joinder.

The Court hears from counsel regarding the status of this case.

Having heard from counsel and good cause appearing, the Court finds as follows:

1. **Plaintiff's motion for extension of time for discovery plan (#18)**:

    Plaintiff's motion for extension of time for discovery plan (#18) is DENIED.

2. **Discovery plan and scheduling order:**

    The Court finds the following deadlines shall govern this action:

Ralph Stephen Coppola v. Darren K. Proulx, et al.
3:11-CV-0074-LRH-VPC
September 19, 2011
Page 2

|  |  |
|---|---|
| **Discovery cut-off:** | **December 3, 2011** |
| **Deadline to amend pleadings/add parties:** | **September 4, 2011** |
| **Disclosure of expert witnesses:** | **October 4, 2011** |
| **Disclosure of rebuttal experts:** | **November 4, 2011** |
| **Dispositive motions deadline:** | **January 3, 2012** |
| **Joint pretrial order deadline:** | **February 2, 2012** |

If dispositive motions are filed, the deadline to file the joint pretrial order shall be suspended until thirty (30) days after the District Court enters a ruling on the dispositive motion or by further order of the Court.

3. **Meet and confer:**

Counsel are directed to meet and confer and file an updated case management report by no later than the close of business on **Friday, September 30, 2011**. The case management report shall include an outline of what discovery will be completed in this case. If counsel determine an extension of the discovery plan and scheduling order is warranted, counsel shall have leave to request an extension and provide the proposed deadlines with a specifically detailed explanation for the extension.

4. **Compliance with Federal Rule of Civil Procedure 26:**

Counsel are directed to conduct a Rule 26(f) conference and fully comply with all provisions regarding initial disclosures, including a calculation of damages by plaintiff by no later than **Monday, October 3, 2011**.

5. **Compliance with Federal Rule of Civil Procedure 40(a)(1)(B)(2):**

Mr. White shall have until **Friday, September 30, 2011** to file a stipulation or motion to dismiss indicating which claims shall be dismissed from plaintiff's complaint.

IT IS SO ORDERED.

2:39 p.m. Court adjourns.

LANCE S. WILSON, CLERK
By:_____/s/_____
Lisa Mann, Deputy Clerk