John White, Esq., S.B.#1741
White Law Chartered
Twentieth Century Building
335 West First St. Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for Stephen Coppola

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RALPH STEPHEN COPPOLA<br><br>Plaintiff,<br><br>vs:<br><br>DARREN K. PROULX, LAND RESOURCE INVESTMENTS, INC., LAND RESOURCE MANAGEMENT, INC., and MARINA COMMERCIAL OFFICES, LLC.<br><br>Defendants | CASE NO.: 3:11-CV-00074-LRH-VPC<br><br>**PLAINTIFF'S MOTION TO DISMISS CERTAIN OF HIS CAUSES OF ACTION** |

COMES NOW PLAINTIFF, above named, by counsel, who, pursuant to this Court's September 19, 2011 Minute Order,[1] moves to dismiss the following causes of action, without prejudice to his right to move to amend his complaint as provided in the Second Amended Joint Case Management Report:

All claims against Does are dismissed for the reason that Doe pleading is not permitted.

---

[1] Paragraph 5 of this Court's order of September 19, 2011 provides, in pertinent part:

> Mr. White shall have until Friday, September 30, 2011 to file a stipulation or motion to dismiss indicating which claims shall be dismissed from plaintiff's complaint.

WHITE LAW
CHARTERED
LAWYERS
OTH CENTURY BLDG.
135 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

All references to more than one plaintiff are deleted for the reason that there is only one Plaintiff in this Case at this time, Ralph Stephen Coppola.

All references to class action are deleted for the reason that this is not a class action.

The following Causes of Action in Plaintiff's First Amended Complaint are dismissed, without prejudice to any right Plaintiff may have to delete or add additional causes of action at the time he files his Motion to Amend Complaint[1].

Causes of Action to be dismissed:

    Third (CA Sale of Unexempted Stock)

    Fourth (CA Failure to File Securities Advertisements)

    Fifth (CA False Securities Advertising)

    Sixth (CA Failure to File Real Estate Advertisements)

    Seventh (CA False Real Estate Advertisements)

    Ninth (Fraud and Negligent Misrepresentation) (Interest Sale)

    Tenth (Fraud and Intentional Misrepresentation) (Final Map)

    Eleventh (Fraud and Negligent Misrepresentation) (Final Map)

    Fifteenth (Breach of Written and Oral Agreements) (Land Sales)

    Sixteenth (Covenant of Good Faith and Fair Dealing)(Land Sales)

    Seventeenth (Broker Fraud)

    Twenty (Fraud and Negligent Misrepresentation) (Against Proulx)

    Twenty Fourth (Bribery)

    Thirtieth (Negligent Infliction of Emotional Distress)

    Thirty Second (Violations of ADA)

    Thirty Fifth (Negligent Interference with Prospective Economic Advantage)

---

[1] The parties stipulate, subject to court approval, that Plaintiff may have until October 14, 2011 to file a motion to amend. See the parties' September 30, 2011 Second Joint Case Management Report, paragraph 12(B).

WHITE LAW CHARTERED LAWYERS
OTH CENTURY BLDG.
135 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

        Thirty Six (Violation of Unruh Act)

        Thirty Seven (Employment Discrimination)

        Thirty Eight (Religious Affiliation)

        Thirty Ninth (Breach of Real Estate Contract)

        Fourtieth (Slander)

        Forty Second (Libel)

Respectfully Submitted this 30th day of September, 2011.

_____
John White, Esq.

WHITE LAW
CHARTERED
LAWYERS
)TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2011, I served the foregoing **PLAINTIFF'S MOTION TO DISMISS CERTAIN OF HIS CAUSES OF ACTION** in the following manner:

  __x__ a. Via the Court's CM/ECF filing system to all parties registered therein, and,

  __x__ b. By depositing a true and correct copy of the above-entitled document into the US Mail, Postage prepaid, addressed to:

| | | |
|---|---|---|
| Robert A. Koenig<br>Ryan Kerbow<br>Alessi & Koenig, LLC<br>9500 W. Flamigo, Suite 205<br>Las Vegas, NV 89147<br><br>Thomas James Bayard<br>Alessi & Bayard<br>556 N. Diamond Bar Blvd.<br>Ste. 300<br>Diamond Bar, CA 91765<br><br>Menchie Eugenio<br>429 Bettona Way<br>American Canyon,<br>CA 94503 | Edith Agustin<br>402 Devonshire St.<br>Vallejo, CA 94591<br><br>Imelda & Joseph Ibanez<br>318 Clydesdale Dr.<br>Vallejo, CA 94591<br><br>Katrina Lumas<br>318 Clydesdale Dr.<br>Vallejo, CA 94591<br><br>Flora Figueras<br>318 Clydesdale Dr.<br>Vallejo, CA 94591 | Ramses Agustin<br>12374 Carmel Country Rd#308<br>San Diego, CA 92130<br><br>Fe & Gerard Astrero<br>PO Box 25354<br>San Mateo, CA 94402-5354<br><br>Belen Lumas<br>318 Clydesdale Dr.<br>Vallejo, CA 94591 |

Signed this 30th day of September, 2011.

      /s/
    John White, Employee,
    White Law Chartered

WHITE LAW CHARTERED
LAWYERS
OTH CENTURY BLDG.
135 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

4