John White, Esq., S.B.#1741
White Law Chartered
Twentieth Century Building
335 West First St. Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

In re:                                            ) CASE NO.: 3:11-CV-00074-LRH-VPC
                                                  )
RALPH STEPHEN COPPOLA,                            )
and DOES I to XX,                                 )
                                                  ) **DECLARATION OF JOHN WHITE
            Plaintiffs,                           ) IN SUPPORT OF TIMELINESS
vs:                                               ) OF MOTION TO AMEND FIRST
                                                  ) AMENDED COMPLAINT, ADD
DARREN K. PROULX, LAND RESOURCE                   ) PARTIES PLAINTIFF, AND
INVESTMENTS, INC., LAND RESOURCE                  ) AMEND CAPTION**
MANAGEMENT, INC., and MARINA                      )
COMMERCIAL OFFICES, LLC and DOES I                )
to XX,                                            )
                                                  )
            Defendants                            )
_____/

JOHN WHITE, Esq. declares as follows, under pains and penalty of perjury:

1. That the deadline for amending the complaint and adding parties is September 4, 2011.

2. That the Second Amended Joint Case Conference Report, filed on September 30, 2011 pursuant to this Court's order of September 19, 201, provides, at page 8, paragraph 12(B):

"Counsel stipulate that the deadline for amending pleadings an adding parties be extended until October 14, 2011. ..."

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1

3. That counsel is new to this Case and has determined that the First Amended Complaint should be further amended to clarify the issues presented and therefore has prepared the Second Amended Complaint attached to the Motion to Amend.

4. That on October 14, 2011, your declarant spoke with Ryan Kerbow, Esq., counsel for Defendants and asked if he would object to extending the time to amend complaint and add parties for one judicial day, to October 17, 2011. That Mr. Kerbow stated he had no objection to the requested extension for amending the complaint, but that he would not agree to extend the time for adding parties.

5. That your Declarant believes that Mr. Kerbow's objection to adding parties related to adding parties who have motions to intervene pending in this Court, to which motions Defendants have pending objections, rather than clarifying the pleadings by structuring entities owned by Plaintiff Coppola, as is done by the proposed Second Amended Complaint.

Dated: October 17, 2011

_____
John White

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
135 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228