# Exhibit B

# Exhibit B

We use to tell people that they need to do their own due diligence. Is there a way that can be added in, either by having Darren record something at the beginning or end or by adding a slide?

Guide to highlighting:
Material that it would be better taken out, but can be left in if it can't be edited out.
Material that must be deleted.
Material needs further fact checking.


I'd like to welcome everyone to Land Resource Investments webinar about land banking -- how strategic land banking lets you be part of the Great American land grab right now. I'm Kalinda Rose Stevenson, I'd like to begin by introducing Darren Proulx. Darren K. Proulx is the founder and CEO of Land Resource Investments. He is also the author of the book, Pay Dirt -- How the Individual Investor can Bank Land for Great Profit and Avoid Chance, Scams and Worthless Real Estate. Here is Darren.

Hello, this is Darren Proulx. It is my pleasure to introduce our webinar presented today. Dr. Kalinda Rose Stevenson has an impressive resume. The doctor was a professor and lecturer at Berkeley in California and after successful tenure in academics, she made the transition to entrepreneurship and writing. Dr. Stevenson is the author of numerous published articles. She won the National Best Books Award both in the real estate category as well as the personal finance category for her book titled No Money Limits. Dr. Stevenson's book educates the readers on the free market financial system, how money in the monetary system works and allows for wealth creation. We're pleased as a company to be associated to Dr. Stevenson and it's my honor to introduce her.

Thank you, Darren Proulx. I'm honored and excited to present this information about land banking opportunities with Land Resource Investments. I'll be covering a lot of materials and presenting some new ideas in a short period of time. Here's what I suggest for you to get the most out of your webinar experience.

Slide 1
How You Can Get The Most From This Presentation
- Questions
- Stay Involved

Video 2
I'll be answering the most frequently asked questions during the presentation itself. But if you have more questions, write them down so that you can ask one of our land banking experts. I also encourage you to stay involved. We're all tempted to multitask these days. As a teacher, I can tell you that the more you are involved in taking notes, in writing down your questions, the more you will learn and the clearer all of this information will be. So let's get started.

Slide 2

Land Resource Investments, Inc. Video

How Strategic LandBanking Lets YOU Be A Part of the American Land Grab… Right Now.

Video 3
This slide is what this whole presentation is all about. There are some key ideas here which we'll go over. First, there's the idea of land banking itself, which might be an unfamiliar term to you. And then there's strategic land banking, and why strategies are so important in your land banking success. And then pay attention to the idea of the great American land grab, and why people are grabbing up land. And then there's the critical word "now" and why now is the perfect time to get involved in land banking. But the most important word in this title is "you" and what all of this means to you.

I expect that you will become as interested and excited by the information presented here as I am and be eager to be part of this unique opportunity.

Slide 3
Questions We Will Answer:
The Who, What, Where, When, Why and How of LandBanking

Video 4
Here's an overview of what we'll go over -- the who, what, where, when, why and how questions of land banking. We'll answer the questions why buy land, what time to buy land, who is buying land, what happens if you wait, why is strategy so important in buying land, and we'll talk about the wrong way and the right way to buy land for land banking, and what is strategic land banking. We'll also answer the questions what land is worth land banking, what is the problem with land banking, and what is the money solution, and what is unique about land banking with Land Resources Investments, what is the LandBanking process, and how you can participate.

Slide 4
Questions We Will Answer:
Why buy land?
When is the right time to buy land?

Who is buying land?
What happens if you wait?
Why is strategy so important in buying land?

What is the wrong way to buy land?
What is the right way to buy land for LandBanking?
What is strategic LandBanking?

What land is worth LandBanking?
What is the problem?
What is the money solution?

Land Resource Investments, Inc. Video

What is unique about LandBanking with Land Resources Investments?
What is the LandBanking process?
How do you participate?

Land Resource Investments, Inc. Video

Slide 5
What is LandBanking?

"Land Banking" - an accumulation of land held for future use or development.

Video 5
So, what is land banking anyway? We all know about saving money in the bank. Land banking is based on the same idea -- you buy 'buildable' land that is not quite ready for development and you save it in a land bank. You do this because you expect the land to be worth more at a later date than what you paid for.

So the first big question is "Why buy land?" There are many types of real estate investments available -- houses, condos, multi-units, commercial properties -- what is the benefit of buying undeveloped land?

Slide 6
Why Buy Land?

Slide 7
Supply and Demand:
The principle stating that the greater the supply of any commodity in comparison to demand, the lower the value; conversely, the smaller the supply and the greater the demand, the higher the value -- Real Estate Glossary

Video 6
The best reason to buy land comes down to one of the most basic economic concepts -- the principle of supply and demand. This principle involves three terms: supply, demand, and value. Simplest of terms, it means that if you have a lot of something that very few people want, no one will pay you much for it. But if you have only a small amount of something that a lot of people want, people will pay you a lot of money to buy it. This graphic illustrates what happens. When the population keeps increasing, creating more demand for places to build houses, at the same time the supply of available buildable land decreases. Your land banking objective will always be to buy buildable land in places where there's high demand for houses and low supply of buildable land. This will increase the value of your land-banked land. In other words, lots of people plus shortage of land equals land banking opportunities.

Slide 8
A Simple Equation:
People pressure + Shortage of land = LandBanking opportunity.

Slide 9
The Safest Investment In The World…
"Real estate cannot be lost or stolen nor can it be carried away. Purchased with common sense, paid for in full, and managed with reasonable care, it is about the safest investment in the world." -- Franklin D. Roosevelt

Land Resource Investments, Inc. Video

Video 7
This quotation by Franklin Roosevelt clams several important ideas into a few words.
"Real estate cannot be lost or stolen nor can it be carried away. Purchased with common
sense, paid for in full, and managed with reasonable care, it is about the safest investment
in the world." Ultimately, buying land is about as safe as it gets. If you buy the right kind
of land.

Slide 10
When Is The Right Time To Buy Land?

Video 8
Now we come to another important question -- the question of when. For many reasons I
have ever heard, there is never a better time than now to buy land. Here is why.

Slide 11
Professional Builder:
The Next Big Room -- Estimating housing needs for 83 million more U.S. residents by
2040, members at the Metropolitan Institute at Virginia Tech are predicting a $25 trillion
housing boom.

Video 9
Professional Builder Magazine tells us that the next big real estate boom will create 10
massive urban areas in the United States as cities spread out and sprawl into each other.
[inaudible] that the estimated housing need for 83 million more U.S. residents by 2040.
So, who is buying land?

Slide 12
Who Is Buying Land?

Video 10
Here is what two of the best-known rich people in the United States say about buying
land.

Video 11
An all new Oprah. The Donald tells you how to get rich.

Oprah Winfrey:        Okay. How to get rich. First, he made $5 billion. $5 billion, I like
                      the B word. Now, the world's most famous billionaire says that he
                      can show you how to make a fortune. Please welcome the Donald!

                      Okay, everybody wants to hear Donald's sophisticated investment
                      advice. What can you say?

Donald Trump:         My primary thing is real estate and I love it. I love hard assets.
                      There's something about paper that I don't like, you know, you buy
                      stock and you say "I have a little piece of paper" and... geez, that's

Land Resource Investments, Inc. Video

where my $10,000 or my $20 million went? She likes real estate. I can tell you personally.

Oprah Winfrey:    I like things I can see. Yeah, I like land.

Donald Trump:    And she has made a lot of… she's bought in real estate and everyone said "you're crazy, you're spending too much." And two years later, it was like you bought it for half. Right?

Oprah Winfrey:    Yes, baby.

Donald Trump:    Yeah. She's in real estate.

Oprah Winfrey:    You know, I like land because God's not making anymore.

Donald Trump:    I just love real estate.

Oprah Winfrey:    That's not making any more land. We'll be right back.

Slide 13
Who Is Buying Land?

Video 12
You heard Oprah say that she likes to buy land. By the end of this webinar, you will know how to do what Oprah does and buy some of the best lands available for land banking.

Slide 14
"I like things I can see." -- Oprah Winfrey

Video 13
From a strategic perspective, the most important idea from this brief conversation is what Donald and Oprah say about hard assets. Hard assets are tangible assets such as real estate and land. Donald says that he likes hard assets and doesn't like paper assets such as stocks. Oprah says that she likes to buy things she can see.

Slide 15
The Time Value of Money
"A concept that money available now is worth more than the same amount in the future because of its potential earning capacity." -- Dictionary of Real Estate Terms

Hard assets increase in value over time. Money you "save" in the bank loses value over time.

Video 14

Donald and Oprah buy hard assets for two reasons. First is that they understand the time value of money. They know that money in the bank loses value over time. Compare this to the typical financial advice given to ordinary middle-class people, "we're told to save our money." What happens if you save your money in the bank? If you don't touch the money, then the numbers in your account keeps increasing as the bank pays interest in your money. But the real value of your money decreases as long as you keep it in the bank, because the interest the bank pays in your money is almost never enough to match inflation. Because the rich understand the time value of money, they don't keep piles of money in the bank or it loses the value.

Slide 16
How safe is your nest egg?

Video 15
The ongoing crisis of recent months demonstrates the second reason why Donald Trump doesn't like paper assets and why Oprah Winfrey likes to buy things she can see. Stock markets around the world lost $50 trillion of value in 2008. Many people who put money into paper investments such as stocks and mutual funds, those with IRAs and 401k's saw their nest eggs just about wiped out in a few weeks. While there's no guarantee of anything when it comes to money, when you put your money into a hard asset such as the right kind of land, it is highly unlikely that you will see your nest eggs disappear overnight. Remember -- land is about the safest investment in the world.

Slide 17
Business 2.0
The Next Real Estate Boom

Video 16
And here, the cover story of Business 2.0 magazine also talks about the next big real estate boom. But look at the dramatic language it uses -- 'Hypergrowth' and 'megapolitans' and a $25 trillion land grab.

Slide 18
The $25 Trillion Land Grab
Ten megapolitans are poised for a development boom that, by 2030, will dwarf America's post-WWII buildout. Here's our treasure map of potential opportunity.

Video 17
Pay attention to the word grab. Donald and Oprah aren't the only people with lots of money who want to buy land. Private investors, foreign investors, investment banks are just some of the people pouring money into buying land. People think, "think of people grabbing and snatching the land to buy as much as they can before it [inaudible] on." So why are people grabbing up the land?

Land Resource Investments, Inc. Video

It's all about population growth. The current population of the United States is more than 300 million people. However, if more births than deaths and more immigration, there are more people everyday than there were the day before. This means that the population is growing rapidly. But the supply of land is not. As Oprah said, "God isn't making any more." All of this population growth creates our treasure map of potential opportunities.

Slide 19
What Happens If You Wait?

Video 18
So, the population is increasing dramatically, the land is being grabbed up as fast as people with money can buy it, and the next massive real estate boom is on the way. What happens if you wait to buy land? I want to tell you a story about missed opportunities to buy land. But first, I'll set the scene.

Here is the map of Southern California. The area in white is the massive sprawling city of Los Angeles. A large part of Los Angeles is made up of the San Fernando Valley. The San Fernando Valley is the area in the red rectangle. In 1944, about a year before the end of World War II, Bing Crosby had a hit song about the San Fernando Valley. Bing was the most popular singer of his day, and he sang about 'going to the cow country' to make the San Fernando Valley his home. Here's the picture of the San Fernando Valley before development.

Slide 20
San Fernando Valley -- Then…

Video 19
Now that I've set the scene, I'll tell you the story about missed opportunities to buy land. My story is about my friend and his father. The father was a contractor who built houses in Southern California after World War II. Every time they went for a ride, my friend's father talks about how Southern California used to be back when much of Southern California was the wide cow country for the farmland and open space.

Slide 21
San Fernando Valley -- Now…

Video 20
By the time my friend is riding the car, this is what the San Fernando Valley looked like. As they drove past housing developments, shopping centers, and amusement parks, his father kept saying "I could have bought this land back when it's vacant; I should have bought this lot; if only I bought this property." The boy heard his father tell these stories again and again, and the stories would usually end with some version of these words -- "I could have, should have, would have -- bought land when I had the chance." And so my friend asked his father an obvious question. "Why didn't you buy land when you had the chance?"

Land Resource Investments, Inc. Video

Slide 22
What's Needed To Buy Land
"It takes two things at the same time, and I've never had 'em at the same time:

Video 21
This was his father's answer. "And what are the two things at the same time? Forethought
and money."

Slide 23
Forethought And Money
"It takes two things at the same time, and I've never had 'em at the same time: forethought
and money."

Video 22
[inaudible] we're talking about land banking in this webinar, but remember, this webinar
is about you. How you can do what my friend's father couldn't do, put together --
forethought and money at the same time. So you don't end up telling stories to your
children and grandchildren, "I could have, should have, would have bought land when I
had the chance." Another word for forethought is strategy.

Slide 24
Why Is Strategy So Important For Buying Land?

Video 23
Strategy is planning to accomplish a particular result. You begin with a clear idea what
you want to accomplish, and then make a plan to achieve that result. Here's some
examples of strategic planning:

Slide 25
The Strategic Mindset For LandBanking Success

Video 24
Fighting fires, playing football games, playing chess games.

Slide 26
The Strategic Mindset For LandBanking Success
What is the most important skill of a successful military leader?

Video 25
But probably nothing requires more strategic planning than fighting a war. One of my
teachers served as an Army artillery officer. Mark claims that the most important lessons
he learned in all of his military training is the answer to this question:

Land Resource Investments, Inc. Video

Slide 27
The Strategic Mindset For LandBanking Success
What is the most important skill of a successful military leader?
The most important skill of a military leader is an ability to see the battlefield.

Video 26
"The most important skill of a military leader is an ability to see a battlefield." If you are
planning a battle, the better you can see the terrain, the more you will know where to
position yourself -- and the more successful you will be.

Slide 28
The Strategic Mindset For LandBanking Success
The more you think about LandBanking strategically, the more successful you will be as
a LandBanker…

Video 27
This is probably the most important point I will make in this whole webinar -- success as
a land banker requires strategic thinking and strategic planning.

Slide 29
What Is The Wrong Way To Buy Land?

Video 28
So, if you need to see the land banking battlefield and make a strategic plan to be a
successful land banker, what is the wrong way to buy land? The answer's easy: Don't
have a strategy. Don't think about the result. Don't plan. Just buy some land and keep
your fingers crossed hoping that you've made a good decision.

Slide 30
Land For Sale!
California real estate - Low payments. $100/month

Video 29
Let's go back to my friend's story. He decided that he was not going to make his father's
mistake. He was going to buy land. So he answered an ad in a paper and he bought some
land. He was earning a little money and figured he could afford to pay a hundred bucks a
month. It was a great idea. Except that he didn't have a strategic plan and he didn't see the
land banking battlefield.

Slide 31
Land For Sale!
Know what makes land valuable before you buy any land.

Land Resource Investments, Inc. Video

Video 30
Unfortunately, he bought worthless land from a swindler. The long story made short, it's
after paying a hundred dollars a month year after year, he sold the property at a loss. So
let's consider the difference between valuable land and worthless land.

Slide 32
Land For Sale
40 ACRES, $49,900. Stream - Country road - power and phone close
$1,500 down - $299 per month - no qualifying
I-80, near Battle Mountain, NV

Video 31
Everyday, you can look at newspapers and see ads selling lands, even buy land online on
eBay. How can you spot a good land to buy? By the end of this webinar, you will know
exactly what to look for. You will also be able to recognize ads for worthless lands.
Here's an ad on the bumper of a truck -- near Battle Mountain, Nevada. Battle Mountain
is located in the desert between Reno and Elko. This is found in the outskirts of Battle
Mountain that reads 'in the middle of nowhere.' Actually [inaudible] sign, but there could
be. And this property isn't even in Battle Mountain, it is near Battle Mountain.

Slide 33
What Is The Right Way To Buy Land For LandBanking?

Video 32
So what is the right way to buy land from land banking?

Slide 34
Buying land is not the same as LandBanking.
LandBanking is a strategic decision to buy land you intend to sell to a specific type of
buyer.

Video 33
The difference between buying land and land banking comes down to strategy. When you
think strategically, you think results first. When you land bank, you buy land you intend
to sell in the future to a specific type of buyer. Who is this buyer? If you want to land-
bank successfully, there is only one correct answer to this question.

Slide 35
Buy land to sell to a developer or builder.

Video 34
You want a developer or builder to buy your land. You want someone who is looking for
a large piece of property measured in acres -- 20 acres, 40 acres, 100 acres or more.

Slide 36
Pay Dirt Book
Pay Dirt - How the Individual Investor Can Bank Land for Great Profit and Avoid
Shams, Scams and Worthless Estate

Video 35
By now, you've probably guessed the identity of the young man who decided that he will
not make his father's mistakes, and so he bought a worthless plot of land from a smooth-
talking swindler because he could afford a hundred bucks a month. He is Darren Proulx.
You can read the whole story in his excellent book "Pay Dirt." While it's too bad for
Darren that he lost money in his first land purchase, we can be almost glad that he did,
because Darren is willing to teach us the difference between worthless land and land
worth land banking. And at the end of the presentation, I will tell you how you can get a
free copy of "Pay Dirt."\

Slide 37
What is Strategic LandBanking?

Video 36
So now let's talk about strategic land banking.

Slide 38
LANDBANKING in the Path of Growth
95% of all real Estate Transactions
Urban City - Suburbs - Undeveloped Land

Video 37
This slide illustrates how growth happens. 95% of all real estate transactions takes place
in urban areas, but as the cities become more expensive, people who grew up in the cities
can't afford to buy homes there, so they move out  to the suburbs where homes are
cheaper. But over time, the suburbs turn into cities and become too expensive, and so
people move out into the undeveloped land. This is the process of sprawl, as people keep
spreading farther and farther out from central cities.

Slide 39
Business 2.0
The Next Real Estate Boom

Video 38
And here's what Business 2.0 says about strategy.

Slide 40
Strategy 1 - Step Into the Path of Sprawl

Land Resource Investments, Inc. Video

Video 39
Your strategy #1 is to step into the path of sprawl.

Slide 41
The Fundamentals of Strategic LandBanking
1. Select land directly in the identifiable and verifiable path of growth.
2. Select property within a fast-growing city's sphere of influence
   "A sphere of Influence is a county area that is subject to the influence of a city
   planning because it is destined to become annexed." -- California Government
   Code Section 56076
3. Located within "eyeshot" of new development.
4. Located within serviceable, functional, and practical distance to sewer and water
   lines.

Video 40
Now, we get at the fundamentals of strategic land banking and the critical idea of the path
of growth. The path of growth is the plan the city has laid out for development. So you
first look for land in the path of growth. You want [inaudible] land in the sphere of
influence of a fast-growing city. Within "eyeshot" means that if you spend on a property,
you can actually see development occurring in the vicinity, and you also want to know
how close sewer and water lines are to the property.

Slide 42
Land For Sale
40 ACRES, $49,900. Stream - Country road - power and phone close
$1,500 down - $299 per month - no qualifying
I-80, near Battle Mountain, NV

Video 41
Let's take another look at this ad for property near Battle Mountain. Nothing in this ad
indicates that this property makes a fundamental strategic land banking requirement. It's
got a stream, a country road, and power and phone are closed. You can be certain that this
property is not in any identifiable verifiable path of growth, it is not within a fast-growing
city's sphere of influence, and it is not located at eyeshot of new development. And it is
not located within serviceable, functional, and practical distance to sewer and water lines.
This is definitely not a good candidate for a land banking property.

Slide 43
Why LandBank in California?

Video 42
The fact is you can land bank anywhere. So now, the question is "why land bank in
California?" The answer is simple. California has the greatest demand for housing of any
state because it has the largest population of any state.

Land Resource Investments, Inc. Video

Slide 44
California Growth
1950 - 11 Million
1960 - 16 Million
1970 - 20 Million
1980 - 24 Million
1990 - 30 Million
2000 - 34 Million
2010 - 40 Million
2020 - 48 Million
2025 - 54 Million

Video 43
Let's look at population growth in California. In 1950, there were 11 million people; 16 million by 1960, 20 million by 1970; 24 million by 1980; 30 million by 1990; 34 million by 2000. Projected to be 40 million by 2010; 48 million by 2020, and 54 million people by 2025.

Slide 45
California Population Growth
California is GROWING by 600,000 People Each Year!
Source: The Sacramento Bee, San Jose Mercury News, CCSCE, Others
**New San Jose Every 18 Months**
**New Sacramento Every 8 Months**

Video 44
In fact, the population of California is growing by an astonishing 600,000 people each year. According to Sacramento Bee and the San Jose Mercury News, 500,000 babies are born in California each year and 200,000 people die. That's a net increase of 300,000. Plus 300,000 more people move into California each year than the number of people who move out, and these numbers don't include undocumented immigrants and people who have overstayed their visas.

Slide 46
California Population Distributor
8 Million People
17 Million People

Video 45
All of this population growth in California is not evenly distributed throughout the whole state. This larger green circle stretches 90 miles out from San Francisco, out past Sacramento, and down to Monterey County. Its current population is about eight million people. The smaller green circle stretches 60 miles around Los Angeles. Its current population is about 17 million people. So, from the supply and demand perspective, this means that our most profitable land banking battlefield is located within the 60-mile circle around Los Angeles. And so for the rest of the webinar, we're going to concentrate

Land Resource Investments, Inc. Video

only on the 60-mile circle. And just to put the current population of the Los Angeles area in perspective, let's do a little comparison.

Slide 48
Los Angeles = Nevada, Idaho, Oregon, Montana, Wyoming, Utah, Arizona, New Mexico

Video 47
The number of people who live within 60 miles of Los Angeles is more than the combined population of Nevada and Oregon. And Idaho. And Montana. And Wyoming. And Utah. And Arizona. And New Mexico. In other words, there are more people here than all of these states combined. So, is this good news or bad news? For land bankers who know how to do excellent strategic planning, this is actually good news. All of this population growth around Los Angeles provides tremendous opportunity for land banking.

Slide 49
California Land Shortage
82% Wild Lands
18% Buildable, Developable Land

Video 48
Now let's look at available land in California. California is a big state, but much of it is wild lands, mountains and deserts that cannot be developed. Wild land is not buildable land. This picture takes all of the buildable land in California and [inaudible] it down to show that only 18% of the land in California can be used for development.

Slide 50
California City Lights

Video 49
This is a satellite image of city lights at night. The lights show up white in the photo. The wild areas show up dark because they have no city lights. This means that growth and development occur in the white areas; the dark areas cannot be developed. However, you could see lots of ads for lands for sale in the dark areas of the map. But remember, your strategy is to buy land to sell to developers and builders, but developers have no interest in land that can't develop, and builders have no interest in land they can't build on. This means you definitely do not want to buy land in the dark areas of the map. There's plenty of supply but very little demand.

Slide 51
California City Lights
82% - Wild Lands
4%
14%

ring. This means that only 4% of the land in California is worth buying to land bank.

Slide 52
State of California Historical and Projected Development

Video 51
Here's a really interesting slide. California has been tracking historical development since 1839. The state has also projected future development through 2040. This is 200 years of data. This means that the path of growth is not [inaudible] anywhere in California. The state, the counties and the cities know where growth is going to occur and they already have plans for development.

Slide 53
Why LandBank In Los Angeles County?

Video 52
So now we're going to pick our specific land banking battlefield. We know that the 60-mile circle around Los Angeles has the highest demand for housing and the lowest supply of buildable land any place in the United States.

Slide 54
L.A. housing still nation's least affordable

Video 53
It doesn't take long to realize there's no land left to land bank in Los Angeles itself, and besides, housing in Los Angeles is expensive.

Silde 55
How do you locate a good LandBanking city?
- Find a MEDIUM-sized City
  Commutable to the Big City
- Eliminate the Big Cities
- Find a PRO-GROWTH City

Video 54
Since we can't land bank in Los Angeles, our strategic objective is to land bank within the 60-mile radius, around Los Angeles. So first, we draw our 60-mile circle around Los Angeles. Why 60 miles? 60 miles is considered reasonable commuting distance. What are we looking for in these 60 miles? A medium-sized city. We eliminate the big cities because they are already developed, and we also want a pro-growth city; not all cities welcome new development. When we do this, two cities show up within that 60-mile radius -- Lancaster and Palmdale.

And this slide breaks down the 18% of buildable land in California. It is the 14% that is
already developed and 0.07% that is still available to you and is also stated below.

Laird Resource Investments, Inc. Video

Video 50

Land Resource Investments, Inc. Video

Slide 56

Video 55
Now, we're going to look at another map of the same area. The green areas in this map
are national forests, the brown area is mountains, and 17 million people live in the yellow
area. This means there can't be new development in the green, brown, and yellow areas of
the map. You see Lancaster and Palmdale. Both are located northeast of Los Angeles in
the region called the Antelope Valley. You also see this [inaudible] Los Angeles
International Airport. It's about 50 miles from LAX to the Antelope Valley.

Slide 57
AV Called 'last valley' with room to grow
The Antelope Valley is the "last valley" in Los Angeles County, and one of the last areas
in the five-county area with room to grow,

Video 56
The Antelope Valley Press calls the Antelope Valley 'the "last valley" in Los Angeles
County with room to grow.' This creates land banking opportunities within that 60-mile
radius around Los Angeles.

Slide 58
The Antelope Valley has land and opportunity for quality growth and infrastructure
development.

Video 57
This is an important slide because it says the Antelope Valley has more than lands to
meet the demand, it also has the opportunity for growth and the infrastructure that is
needed for development.

Slide 59
Growth: Seven Calif. cities are among the nation's fastest growing, according to new
figures from the U.S. Census Bureau. The report may help businesses determine where
their future sales prospects are. Lancaster was 10th on the list, growing 5% in 2006 to
141,000 residents. Other: Bakersfield, Visalia, Irvine, Fontana, Elk Grove, and Palmdale.

Video 58
This article by the Kiplinger California Letter identifies seven California cities among the
nation's fastest-growing and Lancaster and Palmdale are on the list.

Slide 60
40% - Commute
60% - Employed Locally

Video 59
It's also important that you look for jobs in an area when you're choosing a place to land
bank. This is a billboard on the way to the Antelope Valley. The Antelope Valley has

high-quality jobs available. In fact, there are more engineers per capita in Antelope Valley than any other place in the nation. Many are aerospace engineers. About 40% of the people commute out of the Antelope Valley to work and the other 60% are employed locally.

Slide 61
43% Southland Population Jump Seen by 2020
The most dramatic percentage increase, 169%, is expected in northern Los Angeles County, including Lancaster, Palmdale,

Video 60
This article by the Los Angeles Times projects a huge population increase in the Los Angeles area -- 43% by 2020. If you remember, the current population within the [inaudible]-mile radius around Los Angeles is 17 million people and the population within the 90-mile radius around San Francisco is 8 million people. I won't ask you to do the math in your head, but 43% of 17 million people is close to 8 million. So if you imagine what 43% population increase would be like in the Los Angeles region. Imagine that all 8 million people from the San Francisco Bay area will pack up and move to that 60-mile circle around Los Angeles. That is what a 43% population increase will be like. But the most dramatic increase, 169% is expected in northern Los Angeles County which includes Lancaster and Palmdale.

Slide 62
The Antelope Valley is the "last valley" in Los Angeles County, and one of the last areas in the five-county areas with room to grow,

Video 61
Remember, this is the Antelope Valley -- the last valley with the room to grow.

Slide 63
Palmdale, Lancaster Population Increases

Video 62
Los Angeles Times tells us that population at the Antelope Valley is going to increase by 169%. In 1980, the combined population of Lancaster and Palmdale was about 60,000 people. By 2006, the combined population was about 280,000 and is continuing to rise.

Slide 64

Video 63
Here's our map of Southern California again. This time, [inaudible] is outlined in red. You can see Lancaster in green and Palmdale in purple.

Slide 65
"The east side of Lancaster is designated for major residential projects," -- Jim Gilley, Lancaster City Manager

Land Resource Investments, Inc. Video

Video 64
So now let's focus in on Lancaster and Palmdale. You could see that there's already a lot of infrastructure in the Antelope Valley. U.S. Air Force Plant 42 is located in Palmdale. It is operated by huge aerospace companies such as Lockheed, Rockwell International, and Northrop. In addition, L.A. Airport Authority owns 17,000 acres. This is half the size of the city of San Francisco. They started land banking in this area for a future airport decades ago. The important point is, this area is not available to build houses. And on the west side of Lancaster, you can see the Fox Airfield Industrial Zone and the Antelope Valley State Prison. No one's going to build houses in this area, either. If you look at the map, you can see the area available to build houses here on the east side of Lancaster. And this is confirmed by the City Manager. The area designated for major residential projects on the east side of [inaudible].

Slide 66
Why LandBank in Lancaster?

Video 65
So now the question is why land bank in Lancaster.

Slide 67

Video 66
Let's zoom in on Lancaster. You can see the developed areas to the west and the undeveloped areas to the east.

Slide 68
Lancaster, Calif. - Satellite View
Identified LandBanking Area

Video 67
Let's zoom in even closer to a satellite photo of the identified land banking area. The investors laid out in a grid system the avenues run from west to east with one mile between them, and the streets run from north to south with one mile between [inaudible] one mile between 30th and 40th, so this is a five-mile by two-mile square land banking area, and if you look at the satellite photo, you can see very clearly the development of the west and the undeveloped land still to the east.

Slide 69

Video 68
This is the same satellite photo of the land banking area. The red circles represent 18 development projects within the last two or three years in the land banking area in the path of growth. And this dark green represents a wall of development that is moving eastward.

Slide 70

Land Resource Investments, Inc. Video

Video 69
Now, let's talk about Wal-Mart. And the question is, why is Wal-Mart important for real estate development? And the answer is, Wal-Mart is the world's biggest retailer because it plans strategically. When Wal-Mart builds in an area, it has studied the growth projections.

Slide 71

Video 70
Here's our map of Lancaster and Palmdale again. You can see that Wal-Mart has built five stores within ten miles. You want to pay particular attention to this Wal-Mart here on eastern edge of development in Lancaster. If Wal-Mart builds five stores within ten miles, Wal-Mart knows that this is a booming area.

Slide 72
What Land Is Worth LandBanking?

Video 71
So how do you know what land is worth land banking? Remember, your strategic land banking objective is to buy the type of land a developer or builder will need to build houses.

Slide 73

Video 72
We're going to take a look at a particular piece of property in the land banking area which is located around the Gifford Cole Middle School.

Slide 74

Video 73
Remember this Wal-Mart here in the eastern edge of development?

Slide 75

Video 74
This is that Wal-Mart. Wal-Mart builds on the edge of development, knowing that growth would occur all around it. And you can see that growth has occurred all around it. In addition to the middle school, there's an elementary school, a fire station, a city park. It is also close to a Baptist church complex which includes a four-year college and a retirement home.

Slide 76
Gifford C. Cole Middle School

Land Resource Investments, Inc. Video

Video 75
Here are some photos -- the middle school,

Slide 77
City of Lancaster Fire Station

Video 76
the fire station,

Slide 78

Video 77
and the Baptist church complex.

Now, let's zoom in on the middle school. The area outlined in red is one-half mile square.
Here's the middle school. And it is surrounded by vacant land. People often ask. "Why
not land bank right around the middle school?" Here's why. All it takes is one glance at
this plot map to see that the property has been divided up into small lots. Some of these
lots are landlocked with no access to roads. This property was divided before the 19-2
Subdivision Map Act. Now, it is illegal to divide property this way. So even though this
property is in a great location, it is worthless land for developer or builder, because they
want large parcels, not small lots.

Slide 79
Project recently approved for 289 single family lots

63 Divided lots owned by 63 different people from all over the World.

Hawaii, Idaho, Washington, Switzerland, Utah, Philadelphia, Florida, Guam

Video 78
Here's another example of a property in the path of growth in Lancaster. Right side of
slide, you can see an [inaudible] parcel of land. A friend of the company bought this
property for a little more than half-million dollars. Land bank is for about eight years, and
then sold it to a developer for almost five million dollars. The developer is now building
289 homes in the property. On the left part of the slide, you see another parcel of land
that was divided up the way the land around the middle school was divided. This property
was divided into 63 lots. Once again, there are no roads. There are simply lot lines
dividing a parcel into small unbuildable lots. And these lots are owned by 63 owners
from around the world including Hawaii, Switzerland, Florida, and Guam. No developer
is going to go through the trouble of contacting 63 owners scattered from here to there to
try to put all of these little pieces back together again. It's like reassembling Humpty
Dumpty.

Land Resource Investments, Inc. Video

My point in all of this is that location is important, but location, location, location is not the only critical factor when you buy land. You have to buy land a developer or builder wants to buy.

Slide 80
Current LandBank Project 073

Video 79
And after all of these about bad land banking projects, let's take a look at Land Resource Investments' current land bank project, LandBank 073. This parcel is located two minutes to the east of the middle school.

Slide 81
California LandBank 073
40+/- Acres
Zoned: A2 (Ag)
Directly in the IDENTIFIABLE and VERIFIABLE Path of Growth
Located in City's Sphere of Influence
Located within "eyeshot" of new development
Located within Serviceable, Functional, and Practical Distance to Sewer and Water Lines

$2,145,000

Video 80
California LandBank 073 meets all of the fundamental strategic land banking criteria. It's a large parcel -- 40 acres. Currently, has its own agricultural and leased to Bolthouse Farms to grow carrots. It's located within the path of growth, within the city's sphere of influence, within eyeshot of new development, and is close to sewer and water lines. So how about buying this plot of land to land bank and waiting until a developer offers to buy it from you? The price is only $2,145,000. So to buy this land, you will need to pay more than $2 million, then you'll have to pay property taxes, insurance and maintenance, to wait until a developer comes along and makes an offer that you want to accpet.

Slide 82
What Is The Problem?

Video 81
Initially, this is a problem for people who don't have Oprah Winfrey or Donald Trump's money.

Slide 83
The Problem Is…
- Real Estate that qualifies for strategic LandBanking is usually too expensive for most people.
- These people have not been able to take advantages of LandBanking opportunities because they couldn't afford to buy the best pre-developed land.

Land Resource Investments, Inc. Video

- With entry prices so substantial, those wanting to purchase pre-development have been forced instead to purchase smaller, less desirable parcels... decades from development!

Video 82

The type of real estate that qualifies for land banking is expensive. Most people can't afford to buy the best pre-development land.. [inaudible] has money to buy the best land, people buy land that is much less desirable.

Slide 84
What Is The Money Solution?

Video 83
Remember, you need two things at the same time -- forethought and money. We've taken care of the forethought by finding a parcel that meets all of our strategic land banking criteria. Now, we have to solve the money problem.

I'm going to read the next few slides word for word because this information is so critical. Then I'll explain more fully what it all means to you.

Slide 85
The Solution Is...
- In 1999, Land Resource Investments gained authorization from the California Department of Real Estate (DRE) to offer a unique Real Estate ownership opportunity.
- Offered to individuals, this authorization allows them to leverage the benefit of group purchasing power.
- Using small amounts of money, individuals are now able to LandBank large, primed parcels of pre-development land in the cities identifiable and verifiable path of growth.

Video 84
In 1999, Land Resource Investments gained authorization from the California Department of Real Estate, the DRE, to offer a unique real estate ownership opportunity. Offered to individuals, this authorization allows them to leverage the benefit of group purchasing power. Using small amounts of money, individuals are now able to land bank large primed parcels of pre-development land in the cities identifiable and verifiable path of growth.

Slide 86
What is Unique About LandBanking With LRI?

Video 85
Now. I'm going to go back through these three statements and expand on each one of them. First, by answering the question "Why is land banking with Land Resource Investments a unique real estate opportunity?"

Land Resource Investments, Inc. Video

Slide 87

The Solution: What Is Unique About LandBanking With LRI?
- In 1999, Land Resource Investments gained authorization from the California Department of Real Estate (DRE) to offer a unique Real Estate ownership opportunity.

LRI buys a large parcel of land that meets all the fundamental LandBanking criteria.
LRI applies to the Department of Real Estate for authorization to create a designated LandBank.

Video 86

Let me explain the process. First, Land Resource Investments buy the large parcel of land that meets all of the fundamental land banking criteria. Then, LRI applies to the Department of Real Estate for authorization to create a designated land bank. When LRI first started back in 1999, it took almost two years to get authorization because this was a new way to offer land for sale. Now, it only takes from six to eight months for the Department of Real Estate to authorize each new land bank project, because LRI has already done 15-16 projects with more than 1500 land bank owners.

Slide 88
California LandBank 073
California Department of Real Estate Issued Public Report
Every LandBank owner gets a copy of the Public Report.
110-Ownership Interests
Each owner receives a grant deed that proves 1/110th undivided interest ownership in the parcel.

Video 87
Each project has an official name -- our current project is California LandBank 073. Then, the Department of Real Estate issues a public report for each land bank. This is a nine to ten-page document that authorizes Land Resource Investments to offer ownership in the land bank to the public. The purpose of this report is to verify that the offering is legal and authorized by the Department of Real Estate. Every land bank owner gets a copy of this report and you are also welcome to have a copy of the report to verify that what LRI is offering is legal and protects your life as a land bank owner. The Department of Real Estate authorizes each land bank for a specific number of ownership interests. California LandBank 073 has 110 ownership interests. You can buy more than one interest if you want, but no one person can own more than 10% of the interest. When you buy one or more ownership interests, you become part of the LandBank Owners' Association for the land bank. I have more to say about the LandBank Owners' Association later.

And now we come to what is truly unique about what Land Resource Investments if offering. Every land bank owner receives an individual grant deed that proves ownership interest in the land bank.

**Comment:** This needs to be deleted for two reasons: The first is it both paragraphs state that the land meets the fundamentals of landbanking, which means we have done the work. as above. The second is the DRE does not authorize the creation of the LandBank. The DRE authorizes the sale of the interests. The DRE warned us previously about using its name in a manner such as this.

Land Resource Investments, Inc. Video

Slide 89
Grant Deed
A grant deed allows you to sell your ownership interest at any time.

Video 88
In California, a grant deed is used to transfer real estate ownership interest from one party
to another. It is recorded at the [inaudible] and is protected by [inaudible] insurance. This
grant deed proves that you are the legal owner of your ownership interest at the land
bank. So why is a grant deed important to you? If you do land bank with LRI, you could
buy land as part of a group if you wanted, but as a member of a group, you will not have
an individual grant deed. However, when you buy one or more interests of California
LandBank 073, you have a grant deed proving that you own that number of interests, and
with a grant deed, you are free to sell your ownership interest at any time. You are not
bound by the group.

Slide 90
Undivided Interest
Ownership Interest in the property without dividing the real estate.

Video 89
The other unique feature of what the Department of Real Estate authorizes Land
Resource Investments to offer is undivided interest in the property. Think back of the
parcel with 63 owners. Some will take a ruler and draw lines in the map. The property
was subdivided into 63 different lots and sold to 63 different owners. This subdivision of
the land made the whole parcel useless to developer. However, Land Resource
Investments does not subdivide the land. It divides the ownership.

**Comment:** DRE issue again.

Slide 91
An Example Of An Undivided Interest
Ownership interest in a racehorse.

Video 90
Here's a way to think about undivided interest. My friend Peggy and her husband have
bought ownership interest in three thoroughbred racehorses. [inaudible] bought an
interest in the first racehorse. Peggy and I sat at our kitchen table and we laughed and we
joked about which part of the horse they owned. Peggy said that they owned such a small
interest on the horse that they probably owned the tail, the part of the horse that would go
over the finish line last. And the reason we did laugh about it is because the whole idea is
ridiculous. If you own an interest in a racehorse, you don't want a particular part of the
horse; you have part-ownership in the whole horse -- that is undivided interest. All things
considered, that's a very good thing for the horse. A thoroughbred divided into pieces is
not worth anything as a racehorse. And that's the point I've been making about dividing
land. Big lots divided into little lots are about as valuable as selling off pieces of a
racehorse.

Land Resource Investments, Inc. Video

Slide 92
You buy one or more interests of ownership in the California LandBank 073 without owning a specific piece of the property.
The whole 40-acre parcel remains undivided and attractive to a developer.
Your ownership interests are protected by a grant deed.
This is why LandBanking with Land Resource Investments is truly a unique opportunity. No other real estate company offers land for sale this way, with the full authorization of the Department of Real Estate.

Video 91
It's the same principle as undivided interest in the land bank. You buy one or more interest of ownership in the land bank without owning a specific piece of the property. This means the whole parcel remains undivided and attractive to a developer. At the same time, your ownership interests are protected by a grant deed, and this is why land banking with Land Resource Investments is truly a unique opportunity. No other real estate company offers land for sale this way with he full authorization of the Department of Real Estate.

Slide 93
The Solution: Leverage
- In 1999, Land Resource Investments gained authorization from the California Department of Real Estate (DRE) to offer a unique Real Estate ownership opportunity.
- Offered to individuals, this authorization allows them to leverage the benefit of group purchasing power.
- Using small amounts of money, individuals are now able to LandBank large, primed parcels of pre-development land in the cities identifiable and verifiable path of growth.

Video 92
This is kind of what makes land banking with Land Resource Investments unique. Now, let's go back to that second statement I read earlier. The important word in the second paragraph is leverage. A lever allows you to lift something you couldn't lift using your own strength. When it comes to land banking, leverage means that you buy land as a part of a group that you could not afford on your own. Remember, it would cost you $2,145,000 if you wanted to buy the 40 acres of LandBank 073 all by yourself.

And the key point in the third paragraph is you need only small amounts of money to buy the best land for land banking. With this unique ownership opportunity, Land Resource Investments has leveled the playing field so that people like Oprah Winfrey and Donald Trump aren't the only ones who have the opportunity to buy the best land banking sites.

Slide 94
What Has LRI Done For You?
Forethought and money at the same time.

Land Resource Investments, Inc. Video

Video 93
This means that Land Resource Investments has done two things for you. It has brought together forethought and money at the same time. With forethought, it has used strategic research to buy the best land in the path of growth. It has also helped to solve the money problem by making it more affordable for you to buy an ownership interest in land you couldn't afford to buy on your own.

Slide 95
LandBank Owners Association
By-Laws and CC&R's
Selling the Property
Distribution of Profits
Board Member Selection
Terms of Board Members
Annual Meetings
Special Meetings
Limitation of Powers
Management
Association Course
Accounting
Budget
Audits
Insurance
Association Dues

Video 94
So now, let's talk about the LandBank Owners Association. This might be a case of stating the obvious but you are called the land bank owners because you own the land. Land Resource Investments no longer own the land. The land bank owners do as a collective unit. You can see by the list on the slides that the LandBank Owners' Association makes all decisions about holding, maintaining, and eventually selling the land. This includes management, sale of the property, profit, insurance, accounting and meetings. The LandBank Owners Association chooses its own leaders at its annual meeting annual and election. The owners themselves elect the president, the vice president, a secretary and a chief financial officer.

Slide 96
LandBank Owners Association
$12.24 Property Tax
.26      Corp. Franchise Tax
.62      Liability Insurance
.75      Weed Removal
.75      Newsletter
.88      Annual Meeting
6.0      Property Management
.25      Legal Services

Land Resource Investments, Inc. Video

.25     C.P.A. Services
1.0     Misc.

$23.00 Per Month

Video 95
There are also dues from the membership in the LandBank Owners Association.
Association dues are $23 a month. This covers all costs including taxes, insurance,
management and meetings.

Slide 97
What Is The LandBanking Process?

Video 96
So, what is the land banking process?

Slide 98
The LandBanking Process
Purchase the Property (LandBank/Hold)
Market and advertise the property at the peak of the market
A 60% vote by owners allows the Association to sell
All profit is distributed to owners on a pro-rata basis

Video 97
Very briefly, land is bought from Land Resource Investments and put into a land bank
and held by the LandBank Owners Association until it is time to sell the land. Whether
it's time to sell the land, the land bank owners advertise and market the property. How do
you know when it's time to sell? You wait until development has reached the property or
even surrounding it. It is up to the owners themselves to decide if the time is right to offer
the property for sale. And this is an extremely important point. When 60% of the land
bank owners agreed to sell the property, the property is sold. And all profit is distributed
on a pro-rata basis. Pro-rata means proportional. You get a share of the profits in
proportion to how many interests of the land bank you own.

Slide 98
Two Most Common Questions
    1. How much money will I make?
    2. How long will it take?

Video 97
At this point, I want to address the two most common questions asked about land banking
with Land Resource Investments. And the first is, "How much money will I make?" And
the second is "How long will it take?" The first answer to both questions is "No one
knows." And the second answer is, the California Department of Real Estate does not
allow Land Resource Investments to speak directly to the investment merit of land

Comment: As mentioned, this goes to investment merit.

Land Resource Investments, Inc. Video

banking with LRI. We aren't allowed to say you're going to make any money and we aren't allowed to give you a time frame.

No one has crystal ball. We can't and won't make projections. All we can tell you is that the population within the 60-mile radius of Los Angeles is projected to grow by eight million people by 2020. With a land bank in the path of growth in the last valley with room to grow, but we don't make any promises about investment merit. The Department of Real Estate won't allow us to do that. What I can do without getting in trouble with the Department of Real Estate is to show you some numbers and let them make your own projections.

Slide 99
What Can A Homebuilder Pay For The Property?
Profit - 9%
Site Improvements - 14%
Home Construction - 35%
Supervision & Overhead - 4%
Marketing - 4%
Property Taxes - 1%
Government Fees - 9%
Insurance & Bonds - 2%
Financing - 4%
Warranty - 1%
Sales Commission - 3%
Closing Costs 1%

"No promises or guarantees can be made as to any value of any land, now or in the future. The data provided herein is both generalized and historical and may not be used to determine the value of any particular property now or in the future."

Video 98
We're going to calculate how much a builder pays for land in Lancaster. Notice the disclaimer on the bottom of the slide. We're simply using some generalized and historical numbers to make some calculations without making any promises. We start by looking at the percentages the real estate builder will pay for building a house. These are constant percentages anywhere it [inaudible]. And last but not least on this list is 13% for the land.

Slide 100
How Much Are Homes Selling For?
CA Median Home Price $497,000
Lancaster Median Home Price
$342,000

Video 99
At the time this [inaudible] was made, the median California home price was $497,000. At the same time, the median home price in Lancaster was $342,000. We all know that

Land Resource Investments, Inc. Video

real estate prices fluctuate. But whether the property values go up or down, 13% of the home price as the cost of land remains constant.

Slide 101
How Much Can A Builder Pay?
Lancaster Median Home Price
$342,000 x 13% = $44,460

Video 100
Since we know that the builder will pay 13% of the home price for land, we can calculate how much a builder pays for land in Lancaster by multiplying 342,000 by 13%, which is $44,460. This means that the cost of land for one house lot is $44,460 for the median-priced Lancaster home.

Slide 102
How Many Lots Can A Builder Get Per Acre?
4.3

Video 101
Now that we know how much a builder will pay for land for each house lot, we want to calculate the cost of an acre of land. The number of lots per acre depends on zoning and other factors. In this example, the builder 4.3 houses per acre.

Slide 103
How Much Can A Builder Pay?
Lancaster Median Home Price
$342,000 x 13% = $44,460 x 4.3 = $191,178 per acre

Video 102
So if the price of land is $44,460 for each house lot for each $342,000 home, and the builder can build 4.3 houses per acre, the total cost that a builder would pay for an acre of land is $191,178. So, how much do you pay for an acre of land in California LandBank 073?

**Comment:** Here the word "can" rather than "will" or "would" is used. I'm not comfortable with it, but its your decision. Are Lancaster homes still selling for $342,00 median home price? If not this is misleading.

**Comment:** Is there a builder who is willing to pay this amount TODAY? If not it is misleading.

Slide 104
How Much Are YOU Paying Per Acre?
$2,145,000 / 40 acres = $53,625

Video 103
The total cost of the land is $2,145,000. Divide this by 40 acres, and the cost per acre is $53,625.

Slide 105
Potential For Growth?
$53,625 - What You Pay For; $191,178 - What Builders Pay Per Acre; 357%

Land Resource Investments, Inc. Video

"No promises or guarantees can be made as to any value of any land, now or in the future. The data provided herein is both generalized and historical and may not be used to determine the value of any particular property now or in the future."

Video 104
Compare your cost for an acre of land in LandBank 073 with what a builder will pay for an acre of land to build median-priced home in Lancaster. The difference is 357%.

Slide 106
How Do You Participate?
$2,145,000 / 110 interests = $19,500 per interest

Video 105
So now, let's talk about how you can participate with land banking with Land Resource Investments. We just calculated the cost per acre of land in LandBank 073. Now, we're going to figure out the cost of land ownership interest. Once again, we start with the total cost of the land bank which is $2,145,000. This time, we divide by 110 ownership interests, which is $19,500 per interest.

Slide 107
How Do You Participate?
Phase 2 Pricing
1/110th Interest          $19,500
Closing Costs             $500 (Fidelity National Title)
Per Interest Cost         $20,000

Financing Available:
$3000 Down Payment
$267.04 Monthly (Eight Years)

Video 106
So, one interest of California LandBank 073 is $19,500. In addition, there are $500 in closing costs paid to Fidelity National Title, for a total of $20,000. The closing cost includes recording the deed and the title insurance. If you want to finance, the down payment is $3000 with monthly payments of $267.04 a month for an eight-year term.

Slide 108
Payment Options
Phase 2 Pricing
1/110th Interest          $19,500
Closing Costs             $500 (Fidelity National Title)
Per Interest Cost         $20,000

Financing Available
Credit Cards (Down Payment Only), Cash, 103 - Exchange/IRA/Eligible 401(k) Rollover

Land Resource Investments, Inc. Video

Video 107
What are your payment options? You can always pay cash. If you want to finance, you can use credit cards for the down payment. You can also do a 10-31 exchange if you want. And this type of land banking opportunity is ideal for retirement accounts such as IRAs and eligible 401k rollover accounts. At this point, you might like to hear what some of our current land bank owners say about land banking with Land Resource Investments.

Slide 109
Testimonials

Video 108
Hi, my name is Diane Wright and I had an incredible experience at Land Resource Investments. It went super-smoothly, not a single glitch from beginning to end. It was a pleasure working with them.

Video 109
My name is Jocelyn Yalung and I was introduced to land banking in 1999 and they have excellent service. Whenever I have questions, I called my agent, and they're so good. Thanks, land banking.

Video 110
I just want to say that Land Resource Investments, the salesperson helped us tremendously, walked us through the whole process, made it really painless I should say, and so allowed us to take advantage of this opportunity. So, thank you Land Resource Investments.

Slide 110
Let's Review
How Strategic LandBanking Lets YOU Be Part of the Great American Land Grab...
Right Now!

Video 111
Let's go back to where we started. I said that this webinar is about how strategic land banking lets you be part of a great American land grab right now.

Slide 111
Let's Review
Rapid Population Growth
Strategic Planning
The Money Problem
The Land Resource Investments Solution

Video 112
The fact that population is growing at a tremendous rate, all of this increased population are people who will need places to live, and the only way they will have places to live is because developers build more and more houses in places where there are no houses right

Land Resource Investments, Inc. Video

now. Remember, it takes two things at the same time -- forethought and money. Forethought is about strategy. Your land banking strategy is to step into the path of sprawl to buy buildable land that developers and builders will need in the future. The bad news is that the best properties are too expensive for most of us to buy on our own. Land banking with Land Resource Investments allows you to buy the best land in the fast-growing areas that you could not afford on your own. No other company is offering pre-development land for sale this way with a public report and full authorization from the California Department of Real Estate.

I am going to end this part of the presentation with this comment. You can try to do this alone, but you will most likely end up with some worthless piece of land far from the path of growth as the land offered at Battle Mountain, or the land around the Cole Middle School in Lancaster that has been divided into worthless lots. Or you can land bank with Land Resource Investments and be part of a system that is carefully defined, well managed, ethical, legal, with years of experience behind it.

Slide 112
Ready To Get Started?
Here's how you can get started. Go to: LandBankNation.com/getstarted

Video 113
Now is the time to act while there are still land bank interests available. And here's how you can get started.

If you're interested in participating in land banking with Land Resource Investments, go to landbanknation.com/getstarted. This webpage gives you two choices. The first choice, 'I'm ready to get started.' And the second choice, 'I want to have a land banking expert contact me.' If you know you're ready to get started right now, you can begin the process by filling out the preliminary purchase worksheet. If you aren't sure about anything on the form or if you have questions, fill out as much as you can. One of our land banking experts will gladly help you with any question. And I also want to assure you that all of your information is safe because it's on a secure server. If you're interested in land banking with Land Resource Investments but would like to talk to a land banking expert first, click on the second choice, 'I want to have a land banking expert contact me.' And fill in the form with your name, email address and phone number. You can also tell us the best time of the day to reach you. I also want to remind you that Land Resource Investments' land banking experts will gladly answer any of your questions about land banking with LRI, about legal issues involved in land banking, and about using IRAs and other retirement accounts to fund your land banking. They can also talk with you about your particular financial goals and resources to help you decide if land banking is the right choice for you.

At this point, I want to thank all of you for attending the webinar presentation. Time is the most precious commodity any of us have and I thank you for taking the time to listen to this information about land banking with Land Resource Investments. Especially in such troubling economic times, I encourage you to carefully consider land banking with

Land Resource Investments, Inc. Video

Land Resource Investments. Thank you again for attending. I'm Kalinda Rose Stevenson,
and I wish you the greatest success with your land banking. Goodbye.