# Exhibit C

# Exhibit C



Hi RSC@stephencoppo...   Sign Out   Options          Make Y! home, help a school                    Mail   My Y!   Yahoo!

| Search | Search Mail | Search Web |

WHAT'S NEW    LRI Settlement (651)    CONTACTS    Reminder about you...    Video excerpts Part I

Compose Message          Delete      Reply      Forward    Spam      Print

**Video excerpts Part I**      1                                                        Hide Details

FROM:  Ralph "Stephen" Coppola, Esq.                                        Monday, May 10, 2010 8:39 AM

TO:  Pam Sosa

Inbox
Drafts
Sent
Spam          6
Trash          5

**Folders**
Assoc Lawsuit
Barron-Russell
CA BAR
Cal Land Resources
CELLC
Dartmouth
Friends
Job Search - Career
Joe
LRI DRE
LRI Entities
LRI General
LRI Pay etc
LRI Personal
LRI Resignation
LRI Settlement
McGeorge
Notes
NV BAR
Piccadilly
Poelman, Ron
Police
Political
RSC ESQ
Sipes Tahoe
Vacation
Wells Fargo

**Applications**
Attach Large Files
Automatic Organizer
Calendar
Edit Photos
Evite
Flickr
My Cool Fonts
Notepad
Stationery
Unsubscriber

Hi Pam:

To aid you in your conversation with Darren, I have attached some of the text boxes from Dr. Stevenson's Landbanking video. They don't always load properly, so it might be easier for you to just print them out. Also some pages are blank. Some pages are not relevant. I am sending it in two emails as my email service won't let me send an attachment large enough for just one.

I hope you can get Darren to take the video down.

Stephen

1 Attached files  |  11.4MB

100509 re...

Download

Reply to Ralph "Stephen" Coppola, Esq.

§2799.1(36) Investment merit or profit potential of a subdivision interest other than an interest which is offered with an on-site residential, commercial or industrial structure shall not be expressed or implied unless the Commissioner has determined from evidence submitted by or on behalf of the subdivider that the representation is neither false nor misleading.

❖   Every proposed advertisement of a Land Project subdivision must be approved prior to use, whether or not "investment" merit/potential has been established in the application for a subdivision public report.

❖        Approval of advertising for non-land project vacant lot subdivisions is not required. However, if the subdivider intends to include investment representations in the advertising, substantial investment representations must be submitted as part of the application for a public report.

❖        Ordinarily, there is no objection to valid statistical material nor to the use of any valid area research studies which are limited to references to existing facilities and are not keyed to profit potential of lots in the subdivision.

Material which in any way attempts to relate or compare the purchase of a subdivision offering to a "savings" or "investment" program would be considered investment advertising.



































