# Exhibit D

Exhibit D

# Exhibit E

# Exhibit E



Hi, RSC@stephencoppo...    | Sign Out  | Options          Make Y! home, help a school                          Mail  ·  My Y!  ·  Yahoo!

| Search | **Search Mail** | **Search Web** |

| WHAT'S NEW | LRI Settlement (651) | CONTACTS | Reminder about you... | Video excerpts Part I | **Part II** |

**Compose Message** | **Delete** | **Reply** | **Forward** | **Spam** | **Print** |

Inbox
Drafts
Sent
Spam                6
Trash               5

**Folders**
Assoc Lawsuit
Barron-Russell
CA BAR
Cal Land Resources
CELLC
Dartmouth
Friends
Job Search - Career
Joe
LRI DRE
LRI Entities
LRI General
LRI Pay etc
LRI Personal
LRI Resignation
LRI Settlement
McGeorge
Notes
NV BAR
Piccadilly
Poelman, Ron
Police
Political
RSC ESQ
Sipes Tahoe
Vacation
Wells Fargo

**Applications**
Attach Large Files
Automatic Organizer
Calendar
Edit Photos
Evite
Flickr
My Cool Fonts
Notepad
Stationery
Unsubscriber

**Part II**        1                                      Hide Details

FROM:  Ralph "Stephen" Coppola, Esq.                    Monday, May 10, 2010 8:43 AM

TO:  Pam Sosa

**1** Attached files  |  **18.3MB**

100509 re...

Download

Reply to Ralph "Stephen" Coppola, Esq.                 **Send**























































