# Exhibit F

# Exhibit F

**RE: Resignation**

FROM: Darren Proulx
TO: Ralph "Stephen" Coppola, Esq.

Saturday, May 8, 2010 4:43 PM

Please be here as close to 8:45am as possible. I had blocked out the time to meet at 9ish, I am traveling Monday after we meet. I do not know where you are coming up with these random & false accusations. I accept your resignation.

*Darren K. Proulx*

**LAND RESOURCE INVESTMENTS, INC.**
Darren@LandBankNation.com
Ph: 775-358-4425
Fax: 775-358-4464

"This message (including attachments) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please immediately notify the sender by reply email and delete the message from your computer. Although we have taken steps to insure that this email and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free."

Please consider the environment before printing this email

---

**From:** Ralph &quot;Stephen&quot; Coppola, Esq. [mailto:RSC@stephencoppola.com]
**Sent:** Saturday, May 08, 2010 4:19 PM
**To:** Darren Proulx
**Subject:** Resignation

Darren:

I will talk with you on Monday. I am firm in my resignation. I cannot ethically represent you.

You chose to put the following up:

"Video 104
Compare your cost for an acre of land in LandBank 073 with what a builder will pay for an acre of land to build median-priced home in Lancaster. The difference is 357%."

You know that is false. No builder will pay that. No landbank has sold. This is not just misleading, it is fraudulent.

When we spoke on Friday, I couldn't convince you of that. I agonized over this Darren. I know you are under tremendous pressure, but that doesn't make it right.

You would be better served by new counsel. I will tell Gayle that I have had to take a leave from LRI due to an illness in the family. That way there will be no suspicion. I will be happy to help bring your new counsel up to speed on this and any other matter.

Stephen

1 Attached files | 2KB

image003....

View Slideshow    Download