# Exhibit G

# Exhibit G

# SPARKS POLICE DEPARTMENT
## INCIDENT REPORT

| | |
|---|---|
| SPARKS CASE NO | 10-4906 |
| PRIMARY CRIME/INCIDENT TYPE | Comm Burglary |
| BUSINESS NAME | Land Resource Investments |

**CASE SUMMARY**

ADDRESS/LOCATION: 325 Harbour Cove Dr. 221  APT/SUITE

| | Mo | Day | Year | Wk. Day | Time |
|---|---|---|---|---|---|
| Occurred from (or at) | 5 | 12 | 10 | WED | 1830 |
| Occurred to | 5 | 12 | 10 | WED | |
| When Reported | 5 | 12 | 10 | WED | 1843 |

PERSON REPORTING (Signature) NRS 207.280 MAKES IT UNLAWFUL TO FILE A FALSE POLICE REPORT   X

Reporting Officer: Dutra, C  6282   ID NO.

Approving Supervisor: Bennett   05230

PAGE 1 of 1 PAGES

| PRIMARY CODE | 2ND CODE | 3RD CODE |
|---|---|---|
| 050121 | | |
| ☐ Info Only  ☐ Misdemeanor  ☐ Gross Misdemeanor  ☐ Felony | ☐ Info Only  ☐ Misdemeanor  ☐ Gross Misdemeanor  ☐ Felony | ☐ Info Only  ☐ Misdemeanor  ☐ Gross Misdemeanor  ☐ Felony |

| CASE CROSS REFERENCE 1 | CASE CROSS REFERENCE 2 | 4TH CODE |
|---|---|---|
| | | ☐ Info Only  ☐ Misdemeanor  ☐ Gross Misdemeanor  ☐ Felony |

**HOW ORIGINALLY RECEIVED**
☐ D = DESK OFFICER
☐ I = IN PERSON
☐ M = MAIL
☐ O = OTHER
☐ P = PHONE
☐ R = REFERRAL
☐ S = SELF-INITIATED

**STATUS**
☒ A = ACTIVE
☐ C = CASE CLOSED/NO FURTHER
☐ I = INFO ONLY
☐ K = CLEARED ARREST, CIT. ETC
☐ O = OTHER
☐ S = SUSPENDED
☐ U = UNFOUNDED
☐ Z = COURTESY

**CLEARED**
☐ A = UNFOUNDED
☐ B = EXCEPT/ADULT
☐ C = EXCEPT/JUV
☒ D = NO FOLLOW UP
☐ E = SINGLE ADULT ARR/CITE
☐ F = SINGLE JUV ARR/CITE
☐ G = MULT ADULT ARR/CITE
☐ H = MULT JUV ARR/CITE

☐ L = FILED
☐ ADMIN CLOSURE
☐ O = OTHER
☐ R = REFER OTHER/CA
☐ S = CITE-JUV TRAFFIC
☐ T = CITE-ADULT TRAFFIC
☐ Y = JUV ARR BY OTHER
☐ Z = ADULT ARR-OTHER

**INVOLVE**
RP = REP PARTY
VM = VICTIM
WT = WITNESS
PG = PARENT/GUARD
OT = OTHER
CI = CITED
RO = REG. OWNER
OW = OWNER

**RACE**
A = ASIAN
B = BLACK
H = HISP
I = INDIAN
O = OTHER
W = WHITE
X = UNKNOWN

PHOTOS TAKEN: ☐ YES  ☐ NO  AMT ____  WHO ____

DOOR TO DOOR CONDUCTED: ☐ YES. Explain in Supplement

---

**PERSON/BUSINESS**

| SUBPOENA RETURNED | JC TRIAL | PRELIM | GJ | DC TRIAL | EV | WIT CODE | WITNESS/VICTIM INFORMATION |
|---|---|---|---|---|---|---|---|

EVIDENCE:

| INVOLVE | NAME (LAST, FIRST, MIDDLE) | SEX | RACE | DOB | AGE | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| VM | | | | | | |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES | OPERATOR'S LICENSE/STATE |
|---|---|---|---|---|---|

| RESIDENCE ADDRESS | CITY | STATE | ZIP | RESIDENCE PHONE |
|---|---|---|---|---|

| BUSINESS NAME OR SCHOOL | ADDRESS | CITY | STATE | ZIP | CELLULAR PHONE |
|---|---|---|---|---|---|
| Land Resource Investments | 325 Harbour Cove Suite 211 | | | | |

| OCCUPATION | DAYS OFF | WORK HRS. | BUSINESS PHONE | EXT NO. |
|---|---|---|---|---|
| | | | 775-997-6929 | |

| VEH. LIC. NO. | STATE | VEH. YEAR | MAKE | MODEL | BODY STYLE | COLOR |
|---|---|---|---|---|---|---|

| VIN | OTHER CHARACTERISTICS (DAMAGE, UNIQUE MARKS, OR PAINT, ETC.) |
|---|---|

Witness saw, did or can testify to:

| Interpreter Needed? | ☐ Yes ☐ No | Written Statement? | ☐ Yes ☐ No |
|---|---|---|---|

---

| SUBPOENA RETURNED | JC TRIAL | PRELIM | GJ | DC TRIAL | EV | WIT CODE | WITNESS/VICTIM INFORMATION |
|---|---|---|---|---|---|---|---|

EVIDENCE:

| INVOLVE | NAME (LAST, FIRST, MIDDLE) | SEX | RACE | DOB | AGE | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| OT | Proulx, Darren | M | | 10.18.67 | | |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES | OPERATOR'S LICENSE/STATE |
|---|---|---|---|---|---|

| RESIDENCE ADDRESS | CITY | STATE | ZIP | RESIDENCE PHONE |
|---|---|---|---|---|

| BUSINESS NAME OR SCHOOL | ADDRESS | CITY | STATE | ZIP | CELLULAR PHONE |
|---|---|---|---|---|---|
| Land Resource Investments | 325 Harbour Cove Ste# 211 | | | | |

| OCCUPATION | DAYS OFF | WORK HRS. | BUSINESS PHONE | EXT NO. |
|---|---|---|---|---|
| | | | 775-527-4000 | |

| VEH. LIC. NO. | STATE | VEH. YEAR | MAKE | MODEL | BODY STYLE | COLOR |
|---|---|---|---|---|---|---|

| VIN | OTHER CHARACTERISTICS (DAMAGE, UNIQUE MARKS, OR PAINT, ETC.) |
|---|---|

Witness saw, did or can testify to:

| Interpreter Needed? | ☐ Yes ☐ No | Written Statement? | ☐ Yes ☐ No |
|---|---|---|---|

---

**PROPERTY**

| ITEM NO. | GENERAL DESCRIPTION/ARTICLE | FIREARM CALIBER/TYPE | TYPE | CATEGORY | ENTERED NCIC? |
|---|---|---|---|---|---|
| 1 | Files (Boxes) | | S | D | ☐ YES ☐ NO |
| BRAND | MODEL | SERIAL NUMBER | QTY 10 | $ VALUE 500- | |
| COLORS | PREMISES/AREA/ROOM TAKEN FROM | ADDITIONAL NOTES | | | |

| ITEM NO. | GENERAL DESCRIPTION/ARTICLE | FIREARM CALIBER/TYPE | TYPE | CATEGORY | ENTERED NCIC? |
|---|---|---|---|---|---|
| | | | | | ☐ YES ☐ NO |
| BRAND | MODEL | SERIAL NUMBER | QTY | $ VALUE | |
| COLORS | PREMISES/AREA/ROOM TAKEN FROM | ADDITIONAL NOTES | | | |

UNLAWFUL DISSEMINATION OF THIS RESTRICTED INFORMATION IS PROHIBITED. VIOLATION WILL SUBJECT THE OFFENDER TO CIVIL AND CRIMINAL LIABILITY.
RELEASE TO ST. Cappola +Joe Aloe   BY SWC   DATE 5/27/10

**01**
- 01 ☐ WITNESS TO CRIME
- 02 ☐ SUSPECT WAS ARRESTED
- 03 ☐ SUSPECT WAS NAMED
- 04 ☐ SUSP CAN BE LOCATED
- 05 ☐ SUSP CAN BE DESCRBD
- 06 ☐ SUSP CAN BE ID'D
- 07 ☐ SUSP VEH CAN BE ID'D
- 08 ☐ IDENTIF'BL STOL/PROP
- 09 ☐ SIGNIFICANT M.O
- 10 ☐ SIGNIF PHY EVIDENCE
- 11 ☐ MAJOR INJURY
- 12 ☐ MAJOR INJ/SEX CRIME
- 13 ☐ GOOD POSS SOLUTION
- 14 ☐ FURTHER INVEST NEEDED
- 15 ☐ VEH CAN BE DESCRIBED
- 99 ☐ OTHER _____

**02 EVIDENCE**
- 01 ☐ FINGERPRINTS
- 02 ☐ TOOLS
- 03 ☐ TOOL MARKINGS
- 04 ☐ GLASS
- 05 ☐ PAINT
- 06 ☐ BULLET CASING
- 07 ☐ BULLET PROJECTILE
- 08 ☐ RAPE KIT
- 09 ☐ SEMEN
- 10 ☐ BLOOD
- 11 ☐ URINE
- 12 ☐ HAIR
- 13 ☐ FIREARMS
- 14 ☐ WEAPONS-OTHER
- 15 ☐ PHOTOS
- 16 ☐ FOOTPRINT
- 17 ☐ TIREPRINT
- 18 ☐ DOCUMENT/NOTE/WRITE
- 19 ☐ EXEMPLAR
- 20 ☐ FINGERNAIL SCRAPE
- 21 ☐ CONTROLED SUBSTANCES
- 22 ☐ VEHICLE
- 23 ☐ IDENTIKIT/COMPOSITE
- 99 ☐ OTHER _____

**03 PREMISES**
- 01 ☐ BANK/SAV LOAN/FINANC
- 02 ☐ BAR
- 03 ☐ CLEANERS/LAUNDRY
- 04 ☐ CONSTRUCTION SITE
- 05 ☐ THEATER
- 06 ☐ FAST FOODS
- 07 ☐ GAS STATION
- 08 ☐ HOTEL/MOTEL
- 09 ☐ DEPT/DISCOUNT STORE
- 10 ☐ DRUG STORE
- 11 ☐ GUN/SPORT GOODS
- 12 ☐ JEWELRY STORE
- 13 ☐ LIQUOR STORE
- 14 ☐ PHOTO STAND
- 15 ☐ CONVENIENCE STORE
- 16 ☐ RESTAURANT
- 17 ☐ SUPERMARKET
- 18 ☐ TV/RADIO/VIDEO/AUDIO
- 19 ☐ AUTO PARTS
- 20 ☐ CASINO
- 21 ☐ CAR/MOTORCYCLE SALES
- 22 ☐ CLOTHING STORE
- 23 ☐ HARDWARE
- 24 ☐ MEDICAL
- 25 ☐ OFFICE BUILDING
- 26 ☐ STORAGE UNIT
- 27 ☐ WAREHOUSE
- 28 ☐ OTHR-COMRCL
- 29 ☐ APARTMENT
- 30 ☐ CONDOMINIUM
- 31 ☐ DUPLEX/FOURPLEX
- 32 ☐ GARAGE
- 33 ☐ FENCED AREA/YARD
- 34 ☐ HOUSE/
- 35 ☐ MOBILE HOME
- 36 ☐ OTHER-RES
- 37 ☐ CHURCH

- 38 ☐ HOSPITAL
- 39 ☐ PARK/PLAYGROUND
- 40 ☐ PARKING LOT
- 41 ☐ PUBLIC BUILDING
- 42 ☐ SCHOOL
- 43 ☐ SHOPPING CENTER
- 44 ☐ STREET/HWY/ALLEY
- 45 ☐ CAMPER/BOAT/MCYCLE
- 46 ☐ MOTOR HOME
- 47 ☐ PASSENGER CAR
- 48 ☐ PICKUP TRUCK OR VAN
- 49 ☐ TRAC/TRLR/DLV TRUCK
- 99 ☐ OTHER _____

**04 POINT OF ENTRY**
- 01 ☑ FRONT
- 02 ☐ REAR
- 03 ☐ SIDE
- 04 ☑ DOOR
- 05 ☐ WINDOW
- 06 ☐ SLIDING GLASS DOOR
- 07 ☐ BASEMENT
- 08 ☐ ROOF
- 09 ☐ FLOOR
- 10 ☐ WALL
- 11 ☐ DUCT/VENT
- 12 ☐ GARAGE
- 13 ☐ ADJ BUILDING
- 14 ☐ GROUND LEVEL
- 15 ☐ UPPER LEVEL
- 16 ☐ FENCE
- 17 ☐ BALCONY
- 18 ☐ DOG DOOR
- 98 ☐ UNKNOWN
- 99 ☐ OTHER _____

**05 METHOD OF ENTRY**
- 01 ☑ NO FORCE USED
- 02 ☐ ATTEMPT ONLY
- 03 ☐ BODILY FORCE
- 04 ☐ BOLT CUT/PLIERS
- 05 ☐ CHNL LOCK/VICE GRIPS
- 06 ☐ PIPE/WRENCH
- 07 ☐ SAW/DRILL/BURN
- 08 ☐ PUNCH
- 09 ☐ SCREWDRIVER
- 10 ☐ TIRE IRON
- 11 ☐ UNK PRY DEVICE
- 12 ☐ COAT HANGER/WIRE
- 13 ☐ KEY/SLIP/SHIM
- 14 ☐ LOUVERS/VENT REMOVE
- 15 ☐ WINDOW SMASH
- 16 ☐ BRICK/ROCK
- 17 ☐ HID IN BUILDING
- 18 ☐ TUNNELED
- 19 ☐ TWIST LOCK
- 20 ☐ DOOR KICK
- 98 ☐ UNKNOWN
- 99 ☐ OTHER _____

**06 VEHICLE ENTRY ONLY**
- 01 ☐ DOOR/LOCK FORCED
- 02 ☐ TRUNK FORCED
- 03 ☐ WINDOW BROKEN
- 04 ☐ WINDOW FORCED
- 05 ☐ WINDOW OPEN
- 06 ☐ UNLOCKED
- 07 ☐ HOOD
- 08 ☐ TRIM/MOLD REMOVED
- 98 ☐ UNKNOWN
- 99 ☐ OTHER _____

**07 PROPERTY TARGET**
- 01 ☐ CASH/NOTES
- 02 ☐ CLOTHES/FURS
- 03 ☐ CONSUMABLE GOODS
- 04 ☐ FIREARMS
- 05 ☐ HOUSEHOLD GOODS
- 06 ☐ JEWELRY
- 07 ☐ PETS/ANIMALS
- 08 ☐ OFFICE EQUIPMENT

- 09 ☐ TV/RADIO/CAMERA
- 10 ☐ BICYCLES
- 11 ☐ SPORTING EQUIPMENT
- 12 ☐ COLLECT - COIN/STAMP
- 13 ☐ COLLECT - OTHER
- 14 ☐ CONSTRUCTION TOOLS
- 15 ☐ AUTO PARTS
- 16 ☐ SAFE
- 17 ☐ VALUE UNDER $50
- 18 ☐ VALUE $50-$200
- 19 ☐ VALUE OVER $200
- 20 ☐ OTH CONSTR MATERIAL
- 21 ☐ METALS
- 22 ☐ WALLET/PURSE
- 23 ☐ FOOD/DRINK
- 24 ☐ LIQUOR
- 25 ☐ UNDERWEAR
- 26 ☐ COMPUTER
- 99 ☐ OTHER _FLDS_

**08 SEX CRIMES ONLY**
- 01 ☐ SUSPECT CLIMAXED
- 02 ☐ UNK IF CLIMAXES
- 03 ☐ VICTIM BOUND/TIED
- 04 ☐ COVERED VICTIM FACE
- 05 ☐ PHOTO/VIDEO VICTIM
- 06 ☐ VIC ORAL COPUL SUSP
- 07 ☐ SUSP ORAL COPUL VICT
- 08 ☐ RAPE BY INSTRUMENT
- 09 ☐ SODOMY
- 10 ☐ SUSP VIC TO LEWS ACT
- 11 ☐ INSERT FINGER/VAGINA
- 12 ☐ FORCED VIC/FONDLE SU
- 13 ☐ SUSP FONDLED VICTIM
- 14 ☐ MASTURBATED SELF
- 15 ☐ MAJOR INJURY
- 16 ☐ MINOR INJURY
- 17 ☐ THREAT OF INJURY
- 18 ☐ FORCED TO SHOWER
- 19 ☐ USED CONDOM
- 99 ☐ OTHER _____

**10 SUSPECT's ACTIONS**
- 01 ☐ ALARM DISABLED
- 02 ☐ ARSON
- 03 ☐ ATE/DRANK ON PREMISE
- 04 ☐ BLINDF/BOUND/GAGD VM
- 05 ☐ CLIMB ABOVE GRND LVL
- 06 ☐ DEFECATED/URINATED
- 07 ☐ DEMANDED MONEY
- 08 ☐ DISROBED VIC FULLY
- 09 ☐ DISROBED VIC PARTLY
- 10 ☐ FIRED WEAPON
- 11 ☐ FORCED VIC TO MOVE
- 12 ☐ FORCED VIC INTO VEH
- 13 ☐ HAD BEEN DRINKING
- 14 ☐ INDICATION MULTI SUS
- 15 ☐ INFLICTED INJURIES
- 16 ☐ KNEW LOC HIDDEN $$$
- 17 ☐ MADE THREATS
- 18 ☐ PUT PROP/SACK POCKET
- 19 ☐ PREPARED EXIT
- 20 ☐ RANSACKED
- 21 ☐ RIPPED/CUT CLOTHING
- 22 ☐ SELECTIVE IN LOOT
- 23 ☐ SHUT OFF POWER
- 24 ☐ SMOKED ON PREMISES
- 25 ☐ SEARCHED VICTIM
- 26 ☐ STRUCK VICTIM
- 27 ☐ SUSPECT ARMED
- 28 ☐ THREATENED RETALIATI
- 29 ☐ TOOK ONLY CONSUMABLE
- 30 ☐ TOOK VIC'S VEHICLE
- 31 ☐ TORTURED
- 32 ☐ UNDER INFLUENCE DRUG
- 33 ☐ USED DEMAND NOTE
- 34 ☐ USED LOOKOUT
- 35 ☐ USED DRIVER
- 36 ☐ USED MATCH/CANDLE
- 37 ☐ USED VICTIM'S NAME
- 38 ☐ USED SUITCASE/PILLOW

- 39 ☐ USED VICTIM'S TOOLS
- 40 ☐ VEH NEEDED TO REMOVE
- 41 ☐ CUT/DISCONN PHONE
- 42 ☐ CASED LOC BEFORE
- 99 ☐ OTHER _____

**11 SUSP PRETENDS TO BE**
- 01 ☐ CONDUCTING SURVEY
- 02 ☐ CUST/CLIENT
- 03 ☐ DELIVERY PERSON
- 04 ☐ DISABLED MOTORIST
- 05 ☐ DRUNK
- 06 ☐ EMPLOYEE/EMPLOYER
- 07 ☐ FRIEND/RELATIVE
- 08 ☐ ILL/INJURED
- 09 ☐ NEED PHONE/WTR/BATHR
- 10 ☐ POLICE/LAW
- 11 ☐ REVITER
- 12 ☐ REPAIRMAN
- 13 ☐ SALE OF ILLIC DRUGS
- 14 ☐ SALES PERSON
- 15 ☐ SEEK ASSISTANCE
- 16 ☐ SEEK DIRECTIONS
- 17 ☐ SEEKING SOMEONE
- 18 ☐ SOLICIT FUNDS
- 19 ☐ UTILITY PERSON
- 20 ☐ PROSTITUTE
- 99 ☐ OTHER _____

**13 VICTIM'S CONDITION**
- 01 ☐ UNDER INF ALCHO/DRUG
- 02 ☐ SICK/INJURED
- 03 ☐ SENIOR CITIZEN
- 04 ☐ BLIND
- 05 ☐ HANDICAPPED
- 06 ☐ DEAF
- 07 ☐ MUTE
- 08 ☐ MENT/EMOT IMPAIRED
- 99 ☐ OTHER _____

**14 REL/SHIP-VIC TO SUSP**
- 01 ☐ HUSBAND
- 02 ☐ WIFE
- 03 ☐ MOTHER
- 04 ☐ FATHER
- 05 ☐ DAUGHTER
- 06 ☐ SON
- 07 ☐ BROTHER
- 08 ☐ SISTER
- 09 ☐ OTHER FAMILY
- 10 ☐ ACQUAINTANCE
- 11 ☐ FRIEND
- 12 ☐ BOYFRIEND
- 13 ☐ GIRLFRIEND
- 14 ☐ NEIGHBOR
- 15 ☐ BUSINESS ASSOCIATE
- 18 ☐ STRANGER
- 99 ☐ OTHER _____

**15 MARITAL STATUS-VICT**
- 01 ☐ ANNULLED
- 02 ☐ COMMON LAW
- 03 ☐ SINGLE
- 04 ☐ MARRIED
- 05 ☐ DIVORCED
- 06 ☐ WIDOW(ER)
- 07 ☐ SEPARATED
- 99 ☐ OTHER _____

**16 DOMESTIC ONLY (DV)**
- 01 ☐ PRIOR DV ARRESTS INV
- 02 ☐ PRIOR DOMESTICS INV
- 03 ☐ PRIOR ASSLT/VE BEHAV
- 04 ☐ THREATENS FURTHR VIO
- 05 ☐ RESTRAIN ORDER INVOL
- 06 ☐ PROTECT ORDER INVOL
- 07 ☐ LESS THAN 4 HRS OLD
- 08 ☐ MORE THAN 4 HRS OLD
- 09 ☐ MULTIPLE ARRESTS INV
- 99 ☐ OTHER _____

**NARRATIVE**

— TAPED —

# SPARKS POLICE DEPARTMENT
## INVOLVE SUPPLEMENT

| SPARKS CASE NO. |
|---|
| 10-4906 |

| DATE AND TIME OF SUPPLEMENT |
|---|
| 5-12-10   1843 |

---

**WITNESS INFORMATION**

| SUBPOENA RETURNED | JC TRIAL | PRELIM | GJ | DC TRIAL | EV | WIT CODE |
|---|---|---|---|---|---|---|

EVIDENCE

INVOLVE: OT — Name (Last, First, Middle): PEREZ, EUGENIO

| Sex | Race | DOB | | Age | Ht. | Wt. | Bld. | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|

Residence Address | City | State | Zip | SS#: -0487

Business Name or School: LAND RESOURCE INVESTMENTS   Address: 325 HARBOUR COVE #305   State

RESIDENT STATUS: ☐ Resident ☐ Nonresident ☐ Unknown

Residence Phone
Business Phone    Ext No

Occupation | Days Off | Work Hours | Activity at Time of Offense | Physical Condition

**VEHICLE**

Veh. Lic. No./State | Veh. Year | Make | Model | Body Style | Top Color | Bottom Color

VIN | Other Characteristics (Damage, Unique Marks, Paint, etc.) | Operator's License/State

Witness saw, did or can testify to:

Interpreter Needed? Language?  ☐ Yes ☐ No
Written Statement?  ☐ Yes ☐ No

---

**WITNESS INFORMATION**

| SUBPOENA RETURNED | JC TRIAL | PRELIM | GJ | DC TRIAL | EV | WIT CODE |
|---|---|---|---|---|---|---|

EVIDENCE

INVOLVE: OT — Name (Last, First, Middle): OHMENZETTER, LORI

| Sex | Race | DOB | | Age | Ht. | Wt. | Bld. | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|

Residence Address | City | State | Zip | SS#

RESIDENT STATUS: ☐ Resident ☐ Nonresident ☐ Unknown

Residence Phone: 841-3442
Business Phone: 323-2600    Ext No

Business Name or School: LAND RESOURCE INVESTMENTS   Address: 325 HARBOUR COVE STE #211   State   Zip

Occupation | Days Off | Work Hours | Activity at Time of Offense | Physical Condition

**VEHICLE**

Veh. Lic. No./State | Veh. Year | Make | Model | Body Style | Top Color | Bottom Color

VIN | Other Characteristics (Damage, Unique Marks, Paint, etc.) | Operator's License/State

Witness saw, did or can testify to:

Interpreter Needed? Language?  ☐ Yes ☐ No
Written Statement?  ☐ Yes ☐ No

---

**WITNESS INFORMATION**

| SUBPOENA RETURNED | JC TRIAL | PRELIM | GJ | DC TRIAL | EV | WIT CODE |
|---|---|---|---|---|---|---|

EVIDENCE

INVOLVE — Name (Last, First, Middle):

| Sex | Race | DOB | | Age | Ht. | Wt. | Bld. | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|

Residence Address | City | State | Zip | SS#

RESIDENT STATUS: ☐ Resident ☐ Nonresident ☐ Unknown

Residence Phone
Business Phone    Ext No

Business Name or School | Address | State | Zip

Occupation | Days Off | Work Hours | Activity at Time of Offense | Physical Condition

**VEHICLE**

Veh. Lic. No./State | Veh. Year | Make | Model | Body Style | Top Color | Bottom Color

VIN | Other Characteristics (Damage, Unique Marks, Paint, etc.) | Operator's License/State

Witness saw, did or can testify to:

Interpreter Needed? Language?  ☐ Yes ☐ No
Written Statement?  ☐ Yes ☐ No

---

REPORTING OFFICER: DURAC   ID #: 6282    APPROVING OFFICER: BENEDETTI   ID #: 0530    PAGE _____ of _____ PAGES    CDS    SPLN

CASE NUMBER
10 - 4906

# SUSPECT/ARREST REPORT

| STATEMENT? | STATEMENT WAS | ☐ W/MASTER CASE | ☐ ARREST - ADULT (AR) | COMPOSITE | ☐ YES | VIDEO | ☐ YES | COLLECTED | ☐ YES |
|---|---|---|---|---|---|---|---|---|---|
| ☐ YES  ☐ NO | ☑ VERBAL  ☐ WRITTEN | ☐ SUPPLEMENTAL/FU | ☐ ARREST - JUV (AJ)  ☑ SUSPECT (SU) | DONE? | ☑ NO | | ☑ NO | | ☑ NO |

**SUSPECT/ARREST ID**

SUSP/ARR # 1  NAME (LAST, FIRST, MIDDLE) COPPOLA, STEPHEN  SUFFIX  AKA

| SEX M | RACE W | DOB (IF KNOWN) 12-2-60 | AGE / RANGE 49 | HEIGHT / RANGE 6.0 | WEIGHT / RANGE 325 | BUILD | HAIR | EYES | S.S. # |
|---|---|---|---|---|---|---|---|---|---|

RESIDENCE ADDRESS 4785 RIO PINAR   CITY RENO   STATE   ZIP   RESIDENCE TELEPHONE 827-2344

BUSINESS NAME OR SCHOOL LAND RESOURCE INVESTMENTS  ADDRESS 325 HARBOUR COVE STE #221  CITY   STATE   ZIP   BUSINESS TELEPHONE   EXT

OCCUPATION ATTORNEY  DAYS OFF  HOURS  DRIVER'S LICENSE OR ID NO/STATE   CELLULAR TELEPHONE 741-2333

JJC/MCGEE #  CITATION #  LOCAL #  CLOTHING

NEXT OF KIN  RELATIONSHIP  ADDRESS (HOME/WORK)  HOME/WORK PHONE  CELL PHONE

**VEHICLE**

VEH. LIC. NO.  STATE  VEH. YEAR  MAKE  MODEL  BODY STYLE  COLOR

VIN  OTHER CHARACTERISTICS (DAMAGE, UNIQUE MARKS, OR PAINT, ETC.)  DISPOSITION/TOWED BY

RO NAME ☐ PERSON ☐ BUSINESS  ADDRESS  CITY  STATE  ZIP  TELEPHONE NUMBER

---

**21 HAIR LENGTH**
01 ☐ BALD
02 ☐ COLLAR
03 ☐ LONG
04 ☑ RECEDING
05 ☐ SHAVED
06 ☐ SHORT
07 ☐ SHOULDER
99 ☐ OTHER _____

**22 HAIR TYPE**
01 ☐ COARSE
02 ☐ FINE
03 ☐ THICK
04 ☑ THINNING
05 ☐ WIG
06 ☐ WIRY
99 ☐ OTHER _____

**23 HAIR CONDITION**
01 ☐ CLEAN
02 ☐ DIRTY
03 ☐ GREASY
04 ☐ MATTED
05 ☐ ODOR
06 ☐ UNKEMPT
99 ☐ OTHER _____

**24 HAIR STYLE**
01 ☐ AFRO/NATURAL
02 ☐ BANGS
03 ☐ BRAIDED
04 ☐ BUSHY
05 ☐ BUTCH
06 ☐ COMBED BACK
07 ☐ CORN-ROW
08 ☐ CURLERS
09 ☐ CURLY
10 ☐ FLATTOP
11 ☐ MILITARY
12 ☐ MOHAWK
13 ☐ PONYTAIL
14 ☐ PROCESSED
15 ☐ PUNK
16 ☑ STRAIGHT
17 ☐ STYLED
18 ☐ CENTER-PARTED
19 ☐ LEFT-PARTED
20 ☐ RIGHT-PARTED
21 ☐ OTHER-PARTED
22 ☐ WAVY
23 ☐ WIDOWS PEAK
24 ☐ DYED
25 ☐ BLEACHED
99 ☐ OTHER _____

**25 RIGHT/LEFT HANDED**
01 ☐ RIGHT HANDED
02 ☐ LEFT HANDED

**26 FACIAL HAIR**
01 ☐ BEARD-SCRAGGLY
02 ☐ BEARD-LIGHT
03 ☐ BEARD-FULL
04 ☐ CLEAN SHAVEN
05 ☐ FU/MANCHU
06 ☐ GOATEE
07 ☐ MUSTACHE-THIN
08 ☐ MUSTACHE-THICK
09 ☐ SIDEBURNS
10 ☐ UNSHAVEN
99 ☐ OTHER _____

**27 COMPLEXION**
01 ☐ ACNE/POCKED MARK
02 ☐ ALBINO
03 ☐ DARK
04 ☐ FRECKLED
05 ☑ LIGHT/FAIR
06 ☐ MEDIUM
07 ☐ OLIVE
08 ☐ PALE/SHALLOW
09 ☐ RUDDY
10 ☐ TANNED
11 ☐ WEATHERED
12 ☐ WRINKLED
13 ☐ IRREG PIGMENTATION
99 ☐ OTHER _____

**28 GLASSES/LENSES**
01 ☐ NONE
02 ☐ YES BUT UNKNOWN TYPE
03 ☐ PRESCRIPTION GLASSES
04 ☐ SUN GLASSES
05 ☐ WIRE FRAME
06 ☐ PLASTIC FRAME
07 ☐ LENS ORNAMENTATION
08 ☐ CONTACT LENSES
09 ☐ FRAME COLOR-GOLD
10 ☐ FRAME COLOR-SILVER
11 ☐ FRAME COLOR-BLACK
12 ☐ FRAME COLOR-OTHER
99 ☐ OTHER _____

**29 SPEECH/VOICE**
01 ☐ EASTERN U.S. ACCENT
02 ☐ SOUTHERN U.S. ACCENT
03 ☐ FOREIGN ACCENT
04 ☐ DEEP
05 ☐ DISGUISED
06 ☐ HIGH
07 ☐ SLURRED
08 ☐ SOFT
09 ☐ SPEECH IMPEDIMENT
99 ☐ OTHER _____

**30 TATTOOS/SCARS/MARKS**
01 ☐ FACE _____
02 ☐ _____
03 ☐ TT NECK _____
04 ☐ TT R/ARM _____
05 ☐ TT L/ARM _____
06 ☐ TT R/HAND _____
07 ☐ TT L/HAND _____
08 ☐ TT R/LEG _____
09 ☐ TT L/LEG _____
10 ☐ TT R/SHOULDER _____
11 ☐ TT L/SHOULDER _____
12 ☐ TT FRONT TORSO _____
13 ☐ TT BACK TORSO _____
14 ☐ TATTOO FEATURE _____
15 ☐ SCAR FEATURE _____
16 ☐ MARK FEATURE _____
17 ☐ MOLE/GROWTH _____
18 ☐ BIRTHMARK _____
19 ☐ TT R/FOOT-ANKLE _____
20 ☐ TT L/FOOT-ANKLE _____
99 ☐ OTHER _____

**31 TEETH**
01 ☐ BRACES
02 ☐ BUCKED
03 ☐ CHIPPED
04 ☐ CROOKED
05 ☐ GAPS BETWEEN
06 ☐ GOLD/SILVER CAPPED
07 ☐ JEWEL/STUDDED
08 ☐ MISSING
09 ☐ RETAINER
10 ☐ STAINED/DECAYED
11 ☐ DENTURES
12 ☐ WHITENED
99 ☐ OTHER _____

**32 DISTINGUISH FEATURE**
01 ☐ AMPUTATION
02 ☐ ARTIFICIAL LIMB
03 ☐ CANE/CRUTCH
04 ☐ CAST-ARM/LEG/FOOT
05 ☐ CRIPPLED
06 ☐ DEFORMED LIMB
07 ☐ GROWTH
08 ☐ HEARING AID
09 ☐ LIMP
10 ☐ SKIN BURNED
11 ☐ SPASTIC MOVEMENTS
99 ☐ OTHER _____

**33 PIERCING**
01 ☐ NOSE
02 ☐ EYE
03 ☐ LIP
04 ☐ EARRING/LEFT
05 ☐ EARRING/RIGHT
06 ☐ TONGUE
07 ☐ BELLY BUTTON
08 ☐ UPPER BODY
09 ☐ LOWER BODY
99 ☐ OTHER _____

**45 WEAPON TYPE**
01 ☐ BASEBALL BAT
02 ☐ CLUB DEVICE
03 ☐ HAND GUN
04 ☐ TOY GUN
05 ☐ SIMULATED GUN
06 ☐ UNKNOWN HAND GUN
07 ☐ RIFLE
08 ☐ SHOTGUN
09 ☐ KNIFE
10 ☐ OTHER CUT-STAB INSTR
11 ☐ HANDS OR FEET
12 ☐ STRANGULATION
13 ☐ ROPE/TWINE/WIRE/CHAIN
14 ☐ TIRE IRON
15 ☐ VEHICLE
16 ☐ NUN-CHUCK DEVICE
17 ☐ ASSAULT WEAPON
18 ☐ BOW & ARROW
20 ☐ POISON
99 ☐ OTHER _____

**46 FIREARM FEATURE**
01 ☐ AUTOMATIC
02 ☐ BOLT ACTION
03 ☐ BLUE STEEL
04 ☐ CHROME/NICKEL/STAIN
05 ☐ DERRINGER
06 ☐ DOUBLE BARREL
07 ☐ OVER/UNDER
08 ☐ PUMP
09 ☐ REVOLVER
10 ☐ SINGLE SHOT
11 ☐ SEMI AUTOMATIC
12 ☐ 2 INCH BARREL
13 ☐ 4 INCH BARREL
14 ☐ 6 INCH BARREL
15 ☐ 8 INCH BARREL
16 ☐ OTHER BARREL
17 ☐ BLACK GRIPS
18 ☐ WOOD GRIPS
19 ☐ PLASTIC GRIPS
20 ☐ PEARL/IVORY GRIPS
21 ☐ METAL GRIPS
22 ☐ OTHER GRIPS
99 ☐ OTHER _____

**48 KNIFE FEATURE**
01 ☐ BAYONET
02 ☐ BUTCHER
03 ☐ DAGGER
04 ☐ HUNTING
05 ☐ KITCHEN
06 ☐ POCKET KNIFE
07 ☐ STILETTO
08 ☐ SWITCHBLADE
09 ☐ BUCK
10 ☐ SERRATED
11 ☐ DOUBLE-SIDED
12 ☐ BUTTERFLY
13 ☐ PRONGED TIP
14 ☐ FOLDING
99 ☐ OTHER _____

**49 WEAPON LOC/CARRIED**
01 ☐ ANKLE/LEG HOLSTER
02 ☐ BAG
03 ☐ BRIEFCASE
04 ☐ NEWSPAPER
05 ☐ POCKET
06 ☐ SHOULDER HOLSTER
07 ☐ WAISTBAND/BELT
08 ☐ SLEEVE/ARM
09 ☐ UNDER-BESIDE SEAT
10 ☐ GLOVEBOX
11 ☐ TRUNK
99 ☐ OTHER _____

**50 GANG AFFILIATION**
01 ☐ KNOWN GANG MEMBER
02 ☐ SUSPECTED GANG AFFLI
03 ☐ GANG NAMED _____

he

## SPARKS POLICE DEPARTMENT
### Supplemental or Continuation Report

**Type of Report**: Commercial Burglary          **Case**: 10-4906

**Date of Report**: 05-12-10          **Officer**: DUTRA #6282

**Victim**:          Land Resource Investments          **Location**:  325 Harbour Cove
                                                                         Suite 211

**Date/Time of Supplement**: 05-20-10 @ 2330 hours

**Approving Supervisor**: ~~Benson~~          **Date**: 5/22/10

### Brief Synopsis of Offense:

On 05-12-10, at 1843 hours, a commercial alarm was activated at 325 Harbour Cove Drive, Suite 221.  A former employee, Stephen COPPOLA, had entered the premises, setting off the alarm. There is no forced entry.  COPPOLA had a set of keys to the office, due to the fact that he was a former employee.  COPPOLA was informed by his business associate, Darren PROULX, that he was not allowed back on the property.  COPPOLA had a signed agreement that he had leased his portion of the office through May 14th, 2010.  PROULX had changed the alarm codes prior to that, stating that COPPOLA was fired.  COPPOLA showed information that he resigned on Saturday, 05-08-10.

COPPOLA entered the office and removed ten files, where there was question as to who the files belonged to.  PROULX and COPPOLA eventually made a civil agreement that the files would be returned.

### Victim:

Land Resource Investments, 325 Harbour Cove,  Suite #211.

### Suspect:

COPPOLA, Stephen

### Suspect(s) Statement:

COPPOLA stated that he did enter the business on 05-12-10 and set off the alarm.  He stated he had his own set of keys, but he was there to remove some files, due to the fact that he is an attorney, and he needed to review the files.  COPPOLA can testify to resigning on 05-08-10, but having a leased agreement that continued through 05-14-10.  COPPOLA provided me with the

**Officer:** DUTRA #6282
**Page** 2 of 3

agreement by email.  COPPOLA and his former business associate, Darren PROULX, made a verbal agreement that the files would be returned to the business.  COPPOLA stated that in the files, the paperwork belonged to both him and the company, and needed to be sorted out, upon his leaving the company.

**Officers Involved and Assignment:**

Officer DUTRA, primary investigation.

**Witnesses:**

None

**Weapons-Force used and /or List of Items and Loss:**

No force was used to enter the building.

**Means of Entry and/or Exit:**

Means of entry was through the front door.

**Extent of Injuries and Treatment:**

None

**Evidence:**

None

**Additional Information:**

None

**Details of Offense:**

On 05-12-10, at approximately 1843 hours, I responded to 325 Harbour Cove Drive, Suite #221, at Land Resource Investments, on a commercial alarm.

Upon my arrival, I met with Eugenio PEREZ, who stated that a former employee, who had been fired, had entered the building illegally, and stolen some files from the law practice.  PEREZ stated that the former employee was Stephen COPPOLA, and that COPPOLA worked directly for the president of the company, Darren PROULX.

**Officer:** DUTRA #6282                                              **Case:** 10-4906
**Page** 3 of 3

I then contacted PROULX by phone and he stated that a former employee, Stephen COPPOLA, who was fired on 05-08-10, had entered the building illegally, and stolen some files that belonged to a law practice. PROULX stated that Stephen COPPOLA did not have permission to enter the building, and had illegally taken some files and left his personal belongings behind.

I then acquired a phone number for Stephen COPPOLA and I spoke to him by phone. He then emailed me information, stating that he had a lease on his portion of the office through 05-14-10, and that his former associate, Darren PROULX, changed the alarm codes without his knowledge or permission.

Stephen COPPOLA stated that he had resigned on 05-10-10, and was not fired. He stated he had every right to be in his office and that he did take some files from his office to review, and to be separated, because he is an attorney, and that he had done work for Land Resource Investments, and work for his own, and he needed to separate the files for the business and himself. COPPOLA stated he had no intention of keeping the files that belonged to the company, but he had explained to PROULX that he was going to separate the files, and they would be returned. COPPOLA stated that he and PROULX have to make an agreement on how the files would actually be returned to the office, but would be glad to make sure that they were intact and return them. COPPOLA sent me by email, information stating that he did have a lease through 05-14-10. The copy of those files will be placed with the case for imaging.

I then contacted Darren PROULX, again, and asked him if COPPOLA was fired. He stated no. He did resign on 05-08-10. They did leave signs up in the office that told COPPOLA he could not come in the office. I asked PROULX if there was a lease agreement that showed COPPOLA paid through 05-14-10, he stated yes. PROULX explained there was a note on the door. I then took the note on the door and would be placing it with the case. PROULX explains that he and COPPOLA will be talking by phone, and as long as COPPOLA returns the files that belong to the company, he would have no issue with the incident.

Since PROULX and COPPOLA came to an agreement, this case has become a civil matter.

PROULX had given me a second name; a vice president of the company, Lori OHMENZETTER. I contacted OHMENZETTER and she stated COPPOLA had left the company abruptly, but did have an agreement with the company to lease out a portion of the office. COPPOLA stated he, upon surrendering his portion of the office, and since his lease agreement had expired on 05-14-10, would be returning the keys to the office, along with the files.

**Disposition of Case:**

Closed, No follow up.

# RALPH STEPHEN COPPOLA

325 Harbor Cove Drive,
Suite 219
Sparks, Nv 89434
775 827 2344

Thursday, May 13, 2010

**Officer Christopher Dutra**
Sparks Police Department
1701 East Prater Way
Sparks, NV 89434-8979

**VIA FACSIMILE**
775 353 2491

Dear Officer Dutra:

I believe the following documents may provide information not provided by Mr. Darren K. Proulx.

Enclosed, please find:

1. Rental Agreement showing the rental of Suite 219 by my LLC, Coppola Enterprises, LLC, from Marina Commercial Enterprises, LLC. The rental agreement was signed by Mr. Proulx on March 22, 2010.
2. A "Scope and Proposal" dated April 19, 2010, showing that Suite 219 is paid for through May 14, 2010 (tomorrow).
3. A picture that you probably saw on the INSIDE of the window to Suite 219 which shows that Mr. Proulx must have gone into my private property without my permission in order to post it (is that trespassing by Mr. Proulx?).
4. Darren K. Proulx confessing that he has taken possession of my personal property (is that theft by Mr. Proulx?).
5. The fact that I had confidential client files in that office that Mr. Proulx was threatening to take. I had an ethical obligation under the Nevada State Bar rules to secure those client files.

Please call me at 775 827-2344 if you have any questions. Please note that as of tomorrow my office address will no longer be at the above address.

Sincerely,

Ralph Stephen Coppola

Page 1 of 5 total pages.

## RENTAL AGREEMENT

1. Premises:  Owner rents to, and Renter rents, the commercial space located at 325 Harbour Cove Drive, the west most approximately 600 sq. feet of Suite 219, Sparks, NV 89434.
2. Rental Period.  Month to month commencing March 15, 2010,
3. Notice of non-renewal to be given by either party 30 calendar days before termination of any month's rental.
4. Rent:  $500.00 per month due on the first day of the rental period.
5. Late Charge:  $50.00 if not paid by the fourth day of the rental period.
6. Utilities: HVAC and electricity are provided for a flat fee of $75.00.
7. Furniture:  Rent includes the current furnishings which shall be maintained by Rent or in the same condition as rented.
8. No assignment or subletting.
9. This is an integrated agreement
10. This agreement may only be amended in writing
11. Potential conflicts of interest have been disclosed and waived.
12. No party deemed drafter.

DATED:        March  3/29, 2010

"Owner"

Marina Commercial Offices, LLC
By: Darren K. Proulx

"Renter"

Coppola Enterprises LLC
By: Ralph Stephen Coppola

Sparks Police Department
Controlled Document Do Not Duplicate

Coppola Enterprises LLC

775 827 2201

p.3

# RALPH STEPHEN COPPOLA

**Attorney at Law**

CA Bar No. 328531

NV Bar No. 11343C

## SCOPE AND PRICE PROPOSAL

**Date:**   Monday, April 19, 2010

**To:**   DKP
**From:**   RSC

Re: ~~████████████████████~~

## Scope of Proposed Work

1.   ~~████████████████████████████████~~
4.   All other work excluded.

## Price Proposal

The following numbers correspond to the above items.

Print

**From:**

**To:**

**Date:** Wed, May 12, 2010 4:58:40 PM

**Cc:**

**Subject:** Copies provided

Stephen,

We just got off the phone with counsel that I personally have retained on other matters.  Although we have not engaged his services for the issue between you and LRI, (because I do not believe there is a need) I was able to pick his brain about the situation.

He advised  to provide you with your personal items for your pick up.

As for the LRI files, they will remain in our possession.

If there are any of the files that you would need, we would be happy to review them with you and provide you with copies.

Darren K. Proulx
Sent on the fly from my iPhone. Plz excuse terseness & typos.

Sparks Police Department
Controlled Document - Do Not Duplicate - Morphises LLC

775 827 2201

p.2



# RALPH STEPHEN COPPOLA

CA Bar No. 128531                    **Attorney at Law**                    NV Bar No. 11343C

## SCOPE AND PRICE PROPOSAL

Date:       Monday, April 19, 2010

To:         DKP
From:       RSC

        Re:   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

## Scope of Proposed Work

1.   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
4.   All other work excluded.

## Price Proposal

The following numbers correspond to the above items.

1.   Trade for April 15, 2010 to May 14, 2010 Rent and Utilities on Suite 219.

## Terms

    1.   LRI Indemnity of RSC applies.
    2.   Due Tuesday, April 20, 2010 if accepted by noon April 19, 2010.

**SCOPE, PRICE AND TERMS ACCEPTED:**

By: Darren K. Proulx, CEO

**PAYMENT AUTHORIZED:**

By: Darren K. Proulx, CEO

*Replacing Prior*

3495 Lakeside Drive, PMB #170 ♦ Reno, NV 89509 ♦ (775) 741-2784

Sparks Police Department
Controlled Document - Do Not Duplicate

Case 3:11-cv-00074-LRH-VPC   Document 63-7   Filed 10/17/11   Page 15 of 21

Enterprises LLC
775 827 2201
p.4

## RENTAL AGREEMENT

1. **Premises:** Owner rents to, and Renter rents, the commercial space located at 325 Harbour Cove Drive, the west most approximately 600 sq. feet of Suite 219, Sparks, NV 89434.
2. **Rental Period.** Month to month commencing March 15, 2010,
3. **Notice** of non-renewal to be given by either party 30 calendar days before termination of any month's rental.
4. **Rent:** $500.00 per month due on the first day of the rental period.
5. **Late Charge:** $50.00 if not paid by the fourth day of the rental period.
6. **Utilities:** HVAC and electricity are provided for a flat fee of $75.00.
7. **Furniture:** Rent includes the current furnishings which shall be maintained by Rent or in the same condition as rented.
8. No assignment or subletting.
9. This is an integrated agreement
10. This agreement may only be amended in writing
11. Potential conflicts of interest have been disclosed and waived.
12. No party deemed drafter.

DATED:     March  3/29  2010

"Owner"

_____
Marina Commercial Offices, LLC
By: Darren K. Proulx


"Renter"

_____
Coppola Enterprises LLC
By: Ralph Stephen Coppola

Sparks Police Department
Controlled Document - Do Not Duplicate Enterprises LLC
775 827 2201
p.1

# RALPH STEPHEN COPPOLA

325 Harbor Cove Drive,
Suite 219
Sparks, Nv 89434
775 827 2344

Thursday, May 13, 2010

Officer Christopher Dutra
Sparks Police Department
1701 East Prater Way
Sparks, NV 89434-8979

VIA FACSIMILE
775 353 2491

Dear Officer Dutra:

The entire contents of this letter is to be made part of your police report.

I trust you received my earlier fax. This letter is intended to supplement it. Under the Nevada State Bar Ethical Rule No. 25 I was required to resign on Saturday, May 8, 2010 and to notify affected governmental agencies.

At no time have I had an intent to deprive anyone of any property. At no time have I or were I in possession of property that I was not rightfully given possession of.

The Rule 1.16(d) of the Nevada State Bar rules of Nevada only require that I surrender files of my clients. The do not require that I deliver them, nor do they require that I submit to extortion nor blackmail.

Please call me at 775 827-2344 if you have any questions. Please note that as of tomorrow my office address will no longer be at the above address.

Sincerely,

Ralph Stephen Coppola

# RALPH STEPHEN COPPOLA

325 Harbor Cove Drive,
Suite 219
Sparks, Nv 89434
775 827 2344

Thursday, May 13, 2010

Officer Christopher Dutra
Sparks Police Department
1701 East Prater Way
Sparks, NV 89434-8979

VIA FACSIMILE
775 353 2491

Dear Officer Dutra:

Please add this to your official report together with my prior two faxes.

Because Mr. Proulx is threatening me with criminal prosecution, under the ethical rules of the Nevada State Bar I have determined that I can ethically complete the picture. I was hesitant due to certain ethical constrains.

Mr. Proulx is the owner of Land Resource Investments, Inc. ("LRI"). He is also the owner of Marina Commercial Properties LLC.

I resigned from LRI for cause on Saturday. Upon my resignation I had a duty to then 'surrender papers of the client.' Papers of the client doesn't mean that the papers are "owned" by the client by the way. And surrender does not mean immediately.  However, Mr. Proulx decided to take the law into his own hands so to speak and deprived me of access to my office in Suite 219 and access to my property in that office in an attempt to gain access to those files for reasons that I cannot ethically comment on.

I believe you should be looking at Mr. Proulx's intent and actions.

Please call me at 775 827-2344 if you have any questions.  Please note that as of tomorrow my office address will no longer be at the above address.

Sincerely,

Ralph Stephen Coppola

Sparks Police Department
Controlled Document - Do Not Duplicate   Land Resource Enterprises LLC   775 827 2201   p.1

# RALPH STEPHEN COPPOLA

325 Harbor Cove Drive,
Suite 219
Sparks, Nv 89434
775 827 2344

Thursday, May 13, 2010

Officer Christopher Dutra
Sparks Police Department
1701 East Prater Way
Sparks, NV 89434-8979

VIA FACSIMILE
775 353 2491

Dear Officer Dutra:

Please add this to your official report together with my prior three faxes.

For some reason we were disconnected during our conversation! I tried calling back but you were unavailable.

Because Mr. Proulx is threatening me with criminal prosecution, under the ethical rules of the Nevada State Bar, Rule 1.6(b)(5), I hereby am also disclosing the following information in my defense:

I was and am fearful of going anywhere near Land Resource Investments, Inc. at times that Mr. Proulx might be there because Mr. Proulx:

1. Has unreasonable anger against former employees;
2. Possesses a handgun;
3. Has struck a former employee.
4. Has made threats to assault former employees.

Please call me at 775 827-2344 if you have any questions. Please note that as of tomorrow my office address will no longer be at the above address.

Sincerely,

Ralph Stephen Coppola

Sparks Police Department
Controlled Document - Do Not Duplicate

STEPHEN,

PLEASE CONTACT ME

BEFORE ENTERING THE OFFICE.

ALARM IS SET.

DARREN

10-4906

**SPARKS POLICE DEPARTMENT**
**SUPPLEMENTAL/WITNESS STATEMENT**
**FORM**

STATEMENT OF
(Please Print)
☐ SUPPLEMENTAL
☑ STATEMENT

| SPARKS CASE NO. | DATE/TIME of SUPPLEMENT |
|---|---|
| 10-4906 | 5·12·10 1843 |

TYPE OF ORIGINAL REPORT
Comm Burglary

| Name (Last, First, Middle) | Sex | Race | Date of Birth | Age | Height | Weight | Build | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| PEREZ, Eugenio | M | | 1/15/51 | 59 | 5'8 | 225 | Army | Gray | Bru |

| Residence Address | City | State | Zip | Residence Phone No. |
|---|---|---|---|---|
| 325 Harbour Cove Dr #305 | Sparks | NV | 89434 | 3-8294 |

| Business Name or School | Address | City | State | Zip | No. |
|---|---|---|---|---|---|
| | | | | | 800-628- |

| Occupation | Days Off | Work Hours | Operators License/State | Social Security Number |
|---|---|---|---|---|
| UPair Sales | Sat + Sun | 8-5 | | |

Darren Proulx 1st St Owner of Land Resource Investing Let Stephen Coppola go from the company last Sat The 8th of May. Mr Coppola was suppose to come in today to pick up his personal effects but then are scheduled for tomorrow the 13th of May

Darren Proulx instructed me to watch the office an not let Stephen take the 8 or 9 boxes of company files I was instructed to set the alarm with my code because Stephen had not turned in his key. Darren was afraid that Stephen would take all of the company's legal files. So Darren put up a do not enter sign.

I have watched the office all week and set the alarm every night.

At approximately 6:30 this evening Darren called me that the alarm was going off and he had called the police. When I received I met the police and turned the alarm off. We went and checked Mr Coppola's office and found all of the 8 or 9 boxes of files missing. He had however left his personal effects. The sign ____ is in the possession of the police

SIGNATURE _____   DATE 5/12/10   TIME 7:39 pm

| REPORTING OFFICER | ID # | APPROVING OFFICER | ID # | | CDS | SPLIT |
|---|---|---|---|---|---|---|
| Dutra, C | 6282 | | | PAGE ___ of ___ PAGES | | |

Sparks Police Department
Controlled Document - Do Not Duplicate

| Continuation Sheet | SPARKS POLICE DEPARTMENT SUPPLEMENTAL/WITNESS STATEMENT FORM | SPARKS CASE NO. |
|---|---|---|

Ralph Stephen Coppola          H - 775 - 827 - 2344
4785 Rio Piura Dr              C - 775 - 741 - 2333
Reno, NV.
   Draven Perlix          Cell - 775 - 527 - 4000
                  wifes Cell  775 - 997 6929

SIGNATURE:_____    DATE: _____    TIME: _____

| REPORTING OFFICER: | ID # | APPROVING OFFICER: | ID # | | CDS | SPLIT |
|---|---|---|---|---|---|---|
| | | | | PAGE ___ of ___ PAGES | | |