John White, Esq., S.B.#1741  
White Law Chartered  
Twentieth Century Building  
335 West First St. Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Attorney for Plaintiffs

E-filed on October 17, 2011

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RALPH STEPHEN COPPOLA,<br>and DOES I to XX,<br><br>                Plaintiffs,<br>vs:<br><br>DARREN K. PROULX, LAND RESOURCE INVESTMENTS, INC., LAND RESOURCE MANAGEMENT, INC., and MARINA COMMERCIAL OFFICES, LLC and DOES I to XX,<br><br>                Defendants | CASE NO.: 3:11-CV-00074-LRH-VPC<br><br>**MOTION TO MODIFY SCHEDULING ORDER TO PERMIT FILING OF SECOND AMENDED COMPLAINT, TO ADD PARTIES PLAINTIFF, AND AMEND CAPTION** |

COMES NOW PLAINTIFF RALPH STEPHEN COPPOLA, by counsel, who moves this honorable Court for an order approving the modifications to this court's scheduling order, as agreed to by the parties in their September 30, 2011 Second Amended Joint Case Management Report, and allowing plaintiff to file his Second Amended Complaint, to add his living trust and LLC as parties, and to modify the Caption of this case accordingly.

In support of this motion, Plaintiff relies upon the Second Amended Complaint, a copy

1

of which is attached hereto, the Declaration of John White in support of the timeliness of this Motion, filed herewith, the below points and authorities, and the files and records in this case. Dated: October 17, 2011.

_____
John White, Esq.
Attorney for Plaintiffs

## POINTS AND AUTHORITIES

On September 19, 2011, the parties were ordered to file a Second Amended Joint Case Conference Report "Report". That Report was filed as a joint case conference report on September 30, 2011. It provides, at page 8, paragraph 12(B): "Counsel stipulate that the deadline for amending pleadings an adding parties be extended until October 14, 2011. ..." The parties agreed that certain other deadlines could be, with the Court's permission, extended, as more fully set forth at paragraph 12 of pages 7 and 8 of the Report. On October 14, 2011, on request of Plaintiff's counsel, counsel for Defendants agreed that Plaintiff could have until October 17, 2011 to file his Second Amended Complaint, provided that no new parties were added. See the Second Amended Joint Case Management Report, filed Sept. 30, 2011 and the Declaration of John White in Support of Timeliness, filed herewith. No parties other than the Plaintiff's living trust and his LLC were added.

The September 19, 2011 order also provided: "Mr. White shall have until Friday, September 30, 2011 to file a stipulation or motion to dismiss indicating which claims shall be dismissed from plaintiff's complaint."

Plaintiff filed such a motion, seeking to dismiss more than 20 of the causes of action alleged in original and First Amended Complaint. The attached Second Amended Complaint omits two others, renumbers the various claims, adds a whistleblower claim (last claim), clarifies

2

the relationship between the Plaintiff, his living trust and his LLC by adding the latter two entities as plaintiff, modifies the Caption and both adds to and subtracts from the general factual allegations.

It is urged that the Second Amended Complaint will clarify the issues presented. It is respectfully requested that the Court modify the existing scheduling order to allow the extended dates contained in the Report and, if so, that the Court allow Plaintiff to file his Second Amended Complaint.

Dated:  October 17, 2011.

_____
John White, Esq.
Attorney for Plaintiffs

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228