UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| RALPH STEPHEN COPPOLA, | ) | 3:11-CV-0074-LRH-VPC |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | |
| | ) | DATED:  October 20, 2011 |
| DARREN K. PROULX, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:     Lisa Mann          Court Reporter:     None appearing

Counsel for Plaintiff(s):          None appearing

Counsel for Defendant(s):          None appearing

     A motions hearing regarding plaintiff's combined motion to modify scheduling order to permit filing of second amended complaint, to add parties plaintiff, and amend caption (#61) and (#64) is set on shortened time for **Friday, November 4, 2011** at **2:00 p.m.**  Out-of-town counsel shall be allowed to appear telephonically and shall advise Lisa Mann at (775)686-5653 at least two (2) days prior of the telephone number at which counsel can be reached for this hearing.

     Defendants shall have until no later than the close of business on **Wednesday, October 26, 2011** to file their opposition and plaintiff shall have until no later than the close of business on **Monday, October 31, 2011** to file a reply.

     Counsel shall also be prepared to address the second amended joint case management report (#57) at the hearing on November 4, 2011.

     Plaintiff filed several motions *in pro se* (#s 17, 21, 28, 29, 30, 33, 34, 52, and 53), Mr. White shall file a notice by no later than the close of business on **Thursday, October 27, 2011**, advising the Court whether plaintiff intends to proceed with these motions or intends to withdraw some or all of the motions.

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:                /s/
          Lisa Mann, Deputy Clerk