UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

RALPH STEPHEN COPPOLA,        )        3:11-CV-0074-LRH-VPC
                              )
    Plaintiff(s),             )        **MINUTES OF PROCEEDINGS**
                              )
vs.                           )
                              )        DATED:   November 4, 2011
DARREN K. PROULX, et al.,     )
                              )
    Defendant(s).             )
                              )

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:   Lisa Mann        Court Reporter:   FTR

Counsel for Plaintiff(s):   John White

Counsel for Defendant(s):   Houng Lam (By telephone)

PROCEEDINGS: MOTIONS HEARING

2:01 p.m.  Court convenes.

    The Court addresses the parties regarding the purpose of this hearing and recites the directives as ordered by the Court at the last hearing held on October 20, 2011 (#65).

    The Court and counsel discuss the second amended joint case conference report (#57).

    Having heard from the parties and good cause appearing, the Court finds as follows:

    **1.**    **Plaintiff's motion to permit filing of second amended complaint (#61):**

    Plaintiff's motion to permit filing of second amended complaint (#61) is GRANTED. Mr. White is directed to file the second amended complaint by no later than **Tuesday, November 8, 2011**. Mr. White shall correctly reference defendant LRI as Land Resource Investments, Inc., in the second amended complaint on page 4 at line 13.

Ralph Stephen Coppola v. Darren K. Proulx, et al.
3:11-CV-0074-LRH-VPC
November 4, 2011
Page 2

2. **Plaintiff's motion to extend time to disclose expert witnesses (#59):**

   Plaintiff's motion to extend time to disclose expert witnesses (#59) is DENIED as moot.

3. **Discovery plan and scheduling order:**

   The Court approves the parties' proposed discovery plan and scheduling order outlined in the second amended joint case conference report (#57). The following deadlines shall govern this action:

   | | |
   |---|---|
   | **Discovery cut-off:** | February 1, 2012 |
   | **Deadline to amend pleadings and add parties:** | October 14, 2011 |
   | **Initial disclosure of expert witnesses:** | December 2, 2011 |
   | **Disclosure of rebuttal experts:** | January 3, 2012 |
   | **Dispositive motions deadline:** | March 2, 2012 |
   | **Joint pretrial order deadline:** | April 2, 2012 |

   If dispositive motions are filed the deadline to file the joint pretrial order shall be suspended until thirty (30) days after the District Court enters a ruling on the dispositive motions for by further order of the Court.

4. **Plaintiff's motion to modify scheduling order (#64):**

   Plaintiff's motion to modify scheduling order (#64) is DENIED as moot.

5. **Plaintiff's motion for partial summary judgment (#17) and plaintiff's motion to amend motion for partial summary judgment and amended motion for partial summary judgment (#21):**

   Counsel agree that plaintiff's motion (#21) shall supersede plaintiff's motion (#17). Therefore, the Court advises counsel to file a stipulation which indicates that the parties agree that plaintiff's motion (#21) supersedes plaintiff's motion (#17) for the District Court consideration.

Ralph Stephen Coppola v. Darren K. Proulx, et al.
3:11-CV-0074-LRH-VPC
November 4, 2011
Page 3

    **6.**    **Motions for joinder/notice to court of related cases (#28), (#29), (#30), (#33), (#34), (#52), and (#53):**

The Court finds that the motions for joinder/notice to court of related cases (#28), (#29), (#30), (#33), (#34), (#52), and (#53) are all DENIED without prejudice.

   IT IS SO ORDERED.

2:25 p.m.  Court adjourns.

                                             LANCE S. WILSON, CLERK

                                             By:_____/s/_____
                                                 Lisa Mann, Deputy Clerk