UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO: 3:11-CV-00074-LRH-VPC |
| RALPH STEPHEN COPPOLA, COPPOLA ENTERPRISES, LLC AND RALPH STEPHEN COPPOLA, TRUSTEE OF THE R. S. COPPOLA TRUST DATED OCTOBER 19, 1995. | **STIPULATION PERMITTING DOCKET 21 (AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT) TO SUPERSEDE DOCKET 17 (MOTION FOR PARTIAL SUMMARY JUDGMENT)** |
| Plaintiffs | |
| vs: | |
| DARREN K. PROULX, LAND RESOURCE INVESTMENTS, INC., LAND RESOURCE MANAGEMENT, INC., and MARINA COMMERCIAL OFFICES, LLC | **AND ORDER THEREON** |
| Defendants | |

    Plaintiffs and Defendants, above-named, by counsel, stipulate that Plaintiff Ralph Stephen Coppola's Motion to Amend Motion for Partial Summary Judgment and Amended Motion for Partial Summary Judgment, filed herein July 21, 2011 (Docket 21), shall supersede said Plaintiff's Motion for Summary Judgment, filed herein June 24, 2011 (Docket 17), which earlier motion shall be deemed withdrawn.

    Defendants will have an opportunity to file a response to the Amended Motion for Partial

1

Summary Judgment, and such response will replace their opposition filed to Plaintiff's Motion for Partial Summary Judgment. Such response will be due 21 days after entry of any order approving this stipulation. Movant may file a reply within fourteen (14) days after the response is served.

Dated this 30th day of November, 2011

WHITE LAW CHARTERED

By: _____
John White, Esq.
Attorney for all named Plaintiffs

ALLESI & KOENIG, LLC.

By: _____
Ryan Kerbow, Esq.
Attorney for all named Defendants

IT IS SO ORDERED

DATED this 2nd day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE