UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RALPH STEPHEN COPPOLA, et al., | |
| Plaintiffs, | 3:11-CV-00074-LRH-VPC |
| v. | ORDER |
| DARREN K. PROULX, et al., | |
| Defendants. | |

Before the court is the parties' Stipulation (#74[1]) that the filing of Plaintiffs' Second Amended Complaint (#69) has rendered moot Plaintiffs' Amended Motion for Partial Summary Judgment (#21) and Defendants' Counter Motion for Summary Judgment (#24), such that said motions are withdrawn, without prejudice. The stipulation shall be granted and the motions withdrawn accordingly.

Also before the court are several other motions that are inextricably intertwined with or dependent on Defendants' withdrawn Counter Motion (#24). Accordingly, Defendants' Motion for Court to Accept Late Filed Opposition Brief (#23), Defendants' Motion for Sanctions (#43), and Defendants' Motion for Oral Argument (#44) shall be denied as moot.

Also before the court is Plaintiffs' Motion to Dismiss Certain of His Causes of Action

---

[1] Refers to court's docket entry number.

(#56). Given the subsequent filing of Plaintiffs' Second Amended Complaint (#69), the motion shall be denied as moot.

IT IS THEREFORE ORDERED that Plaintiffs' Amended Motion for Partial Summary Judgment (#21) and Defendants' Counter Motion for Summary Judgment (#24) are WITHDRAWN per the parties' Stipulation (#74).

IT IS FURTHER ORDERED that Defendants' Motion for Court to Accept Late Filed Opposition Brief (#23), Defendants' Motion for Sanctions (#43), Defendants' Motion for Oral Argument (#44), and Plaintiffs' Motion to Dismiss Certain of His Causes of Action (#56) are denied as moot.

IT IS SO ORDERED.

DATED this 23rd day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2