## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RALPH COPPOLA, et al., | ) | 3:11-CV-0074-LRH (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 6, 2012 |
| | ) | |
| DARREN K. PROULX, et al., | ) | |
| LEASING, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>     LISA MANN     </u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiffs' motion to represent Coppola Enterprises, LLC by managing member (#82).  Defendants opposed the motion (#83), and plaintiff replied (#85).

Plaintiff is advised that a party may not proceed without counsel on behalf of artificial entities.  28 U.S.C. § 1654.  It is well established that a corporation may appear in federal court only through a licensed attorney.  *E.g., United States v. High Country Broad Co.*, 3 F.3d 1244, 1245 (9ᵗʰ Cir. 1993).  "Corporations and other unincorporated associations must appear in court through an attorney."  *In re America W. Airlines*, 40 F.3d 1058, 1059 (9ᵗʰ Cir. 1994) (per curiam) (citations omitted).  This rule "prohibits *pro se* plaintiffs from pursuing claims on behalf of others in a representative capacity."  *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9ᵗʰ Cir. 2008); *see also C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9ᵗʰ Cir. 1987) (trustee may not appear *pro se* because he is not the person who by substantive law has the right sought to be enforced).

Therefore, plaintiff's motion to represent Coppola Enterprises, LLC by managing member (#82) is **DENIED**.  The plaintiff shall file a substitution of counsel on or before **Friday, March 30, 2012.**  Plaintiffs' third motion for summary judgment (#84) filed by Mr. Coppola *pro se* on behalf of Coppola Enterprises, LLC is hereby **STRICKEN without prejudice**.  Mr. Coppola shall have leave to refile this motion on behalf of himself only, not on behalf of Coppola Enterprises, LLC.  If plaintiff fails to file a substitution on behalf of the LLC, this court will *sua sponte* issue a report and recommendation to the District Court that Coppola Enterprises, LLC be dismissed on this ground.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:<u>          /s/          </u>
            Deputy Clerk