<table>
<tr><td>

1
2
3
4
5
6
7
8
9
10

</td><td>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RAPLH COPPOLA, et al.,            )
                                  )         3:11-CV-0074-LRH (VPC)
        Plaintiffs,               )
                                  )
   vs.                            )         **REPORT AND RECOMMENDATION**
                                  )         **OF U.S. MAGISTRATE JUDGE**
DARREN K. PROULX, et al.,         )
                                  )
        Defendants.               )         May 9, 2012
_____)

</td></tr>
</table>

11    This Report and Recommendation is made to the Honorable Larry R. Hicks, United

12 States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to

13 28 U.S.C. § 636(b)(1)(B). For the reason set forth below, it is recommended that Coppola

14 Enterprises, LLC be dismissed from this action.

15    On February 8, 2012, Ralph Coppola, appearing *in pro se,* filed a request to represent

16 Coppola Enterprises, LLC by its managing member (#82). The court denied the motion (#86) and

17 advised Coppola Enterprises, LLC that corporations and other unincorporated associations must

18 appear in court through an attorney. *Id.* Coppola Enterprises, LLC was ordered to file a substitution

19 of counsel on or before Friday, March 30, 2012 and was cautioned that if it failed to do so, this Court

20 would issue a report and recommendation to dismiss Coppola Enterprises, LLC on this ground. *Id.*

21 Coppola Enterprises, LLC failed to file a substitution of counsel and has not requested additional

22 time in which to do so. Therefore, this court recommends that Coppola Enterprises, LLC be

23 **DISMISSED** from this action.

24    The parties are advised:

25    1.  Pursuant to 28 U.S.C § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, the

26 parties may file specific written objections to this report and recommendation within fourteen days

27 of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and

28

1  Recommendation" and should be accompanied by points and authorities for consideration by the
2  District Court.
3    2. This report and recommendation is not an appealable order and any notice of appeal
4  pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.
5    **IT IS THEREFORE RECOMMENDED** that the district court enter an order
6  **DISMISSING** Coppola Enterprises, LLC from this action.
7    DATED:  May 9, 2012.

*/s/ Valerie P. Cooke*
_____
UNITED STATES MAGISTRATE JUDGE