UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| RALPH COPPOLA, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | 3:11-cv-00074-LRH-VPC | |
| ) | | |
| v. ) | | |
| ) | O R D E R | |
| DARREN K. PROULX, *et. al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#91[1]) entered on May 9, 2012, recommending dismissing plaintiff Coppola Enterprises, LLC from this action. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#91) entered on May 9, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#91)

---

[1]Refers to court's docket number.

entered on May 9, 2012, is adopted and accepted, and plaintiff Coppola Enterprises, LLC is DISMISSED from this action for failure to file a substitution of counsel and not requesting additional time to do so.

IT IS SO ORDERED.

DATED this 6th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE