Ralph Stephen Coppola
4785 Rio Pinar Drive
Reno, NV 89509
Pro Se
775 827 2344

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 6 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA - RENO

RALPH STEPHEN COPPOLA, ) CASE NO.: 3:2011cv00074
and )
RALPH STEPHEN COPPOLA, )
TRUSTEE OF THE R.S. COPPOLA )
TRUST, u/t/d 10/19/1995 )
)
Plaintiffs )
)
vs. )
)
DARREN K. PROULX, LAND )
RESOURCE INVESTMENTS, )
INC., LAND RESOURCE )
MANAGEMENT, INC., and )
MARINA COMMERCIAL OFFICES, LLC)
--------------------------------------

### NOTICE OF BANKRUPTCY ~ CASE 13-51445

Comes now Ralph Stephen Coppola (the "debtor" in this case), who gives this notice of the filing of bankruptcy.   A copy of the Notice Bankruptcy Case Filing is attached as Exhibit 1.

Dated:                                                        Thursday, July 25, 2013

*[signature: B Coppola]*

Ralph Stephen Coppola
Plaintiff

## EXHIBIT LIST

Exhibit 1.       **NOTICE OF BANKRUPTCY ~ CASE 13-51445**

## EXHIBIT LIST

**EXHIBIT 1**

**NOTICE OF BANKRUPTCY ~ CASE 13-51445**

**EXHIBIT 1**

United States Bankruptcy Court
District of Nevada

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 07/22/2013 at 09:32 AM and filed on 07/22/2013.

**RALPH STEPHEN COPPOLA**
4785 RIO PINAR DRIVE
RENO, NV 89509
SSN / ITIN: xxx-xx-9780



The case was assigned case number 13-51445.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.nvb.uscourts.gov or at the Clerk's Office, 300 Booth Street, Reno, NV 89509.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

341-
8/19/2013 ~ 2:00 -

Mary A. Schott
Clerk, U.S. Bankruptcy Court

## CERTIFICATE OF MAILING

I hereby certify that on this Thursday, July 25, 2013, I deposited the foregoing **NOTICE OF BANKRUPTCY ~ CASE 13-51445** into the US Mail, Postage prepaid, addressed to:

Ryan Kerbow
Alessi & Koenig, LLC
9500 W. Flamigo, Suite 205
Las Vegas, NV 89147

Ralph Stephen Coppola