UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RALPH STEPHEN COPPOLA, *et al.*, | ) | 3:11-cv-00074-LRH-VCP |
| Plaintiffs, | ) | |
| | ) | MINUTE ORDER |
| vs. | ) | |
| DARREN K. PROULX LAND RESOURCE INVESTMENTS, INC., *et al.*, | ) | Date: October 9, 2013 |
| Defendants. | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

The Court having received Notice of Plaintiff of Ralph Stephen Coppola's Bankruptcy-Case 13-51445 (#110)[1] and this action appearing to be subject to the automatic stay pursuant to 11 U.S.C. § 362(a), this action shall be indefinitely stayed pending further order of the Court. The Court Clerk is directed to administratively close this case and it will be subject to reopening upon the request of any party, including the Plaintiff's Bankruptcy Trustee.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
                Deputy Clerk

---

[1] Refers to court's docket number.